UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RISE ST. JAMES LOUISIANA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COURTNEY J. BURDETTE, in her official capacity as Secretary of the Louisiana Department of Environmental Quality, et al., <br><br> Defendants. | Civil Action No. 3:25-cv-00429-JWD-RLB |

## DEFENDANTS' COMBINED MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM

**NOW INTO COURT,** through undersigned counsel, comes defendants, Courtney J. Burdette, in her official capacity as Secretary of the Louisiana Department of Environmental Quality, Jerry Lang, in his official capacity as Assistant Secretary for Environmental Compliance at the Louisiana Department of Environmental Quality, and Liz Murrill, in her official capacity as Attorney General of Louisiana, who move for an order dismissing the complaint against them pursuant to FRCP 12 (b) (1) and (6) on grounds that the Court lacks subject matter jurisdiction and the complaint fails to state a claim upon which relief can be granted.

The grounds for this Motion are set forth in Defendants' Combined Memorandum in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim, filed contemporaneously with this Motion.

**WHEREFORE**, defendants, Courtney J. Burdette, in her official capacity as Secretary of the Louisiana Department of Environmental Quality, Jerry Lang, in his official capacity as Assistant Secretary for Environmental Compliance at the Louisiana Department of Environmental Quality, and

Liz Murrill, in her official capacity as Attorney General of Louisiana, pray that their motion be granted and that there be judgment in their favor and against Complainants dismissing the claims against them.

        Respectfully submitted,

        **LIZ MURRILL**
        **ATTORNEY GENERAL**

BY:    /s/ *Amanda M. LaGroue*
        Carey T. Jones (#07474)
        Amanda M. LaGroue (#35509)
        Tanika L. Starks (#38902)
        Assistant Attorneys General
        Louisiana Department of Justice
        P.O. Box 94005
        Baton Rouge, LA 70802
        Telephone: (225) 326-6060
        Facsimile: (225) 326-6098
        Email: jonescar@ag.louisiana.gov
             LaGroueA@ag.louisiana.gov
             starkst@ag.louisiana.gov

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I do hereby certify that, on this 18th day of July, 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which gives notice of filing to all counsel of record.

        /s/ *Amanda M. LaGroue*
        AMANDA M. LAGROUE