## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RISE ST. JAMES LOUISIANA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COURTNEY J. BURDETTE, in her official capacity as Secretary of the Louisiana Department of Environmental Quality, et al.,<br><br>    Defendants. | Civil Action No. 3:25-cv-00429-JWD-RLB |

### ORDER

CONSIDERING THE DEFENDANTS' COMBINED MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM:

IT IS ORDERED that the Motion to Dismiss for Lack of Subject Matter Jurisdiction by Courtney J. Burdette, in her official capacity as Secretary of the Louisiana Department of Environmental Quality, Jerry Lang, in his official capacity as Assistant Secretary for Environmental Compliance at the Louisiana Department of Environmental Quality, and Liz Murrill, in her official capacity as Attorney General of Louisiana, is GRANTED, and all claims against these defendants are hereby dismissed with prejudice.

IT IS ORDERED that the Motion to Dismiss for Failure to State a Claim by Courtney J. Burdette, in her official capacity as Secretary of the Louisiana Department of Environmental Quality, Jerry Lang, in his official capacity as Assistant Secretary for Environmental Compliance at the Louisiana Department of Environmental Quality, and Liz Murrill, in her official capacity as Attorney General of Louisiana, is GRANTED, and all claims against these defendants are hereby dismissed with prejudice.

2

SIGNED this _____ day of _____, 2025 at Baton Rouge, Louisiana.

_____
HONORABLE JOHN W. deGRAVELLES
DISTRICT JUDGE, MIDDLE DISTRICT OF LOUSIANA