UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RISE ST. JAMES LOUISIANA, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> COURTNEY J. BURDETTE, in her official capacity as Secretary of the Louisiana Department of Environmental Quality, et al., <br><br>  Defendants. | Civil Action No. 3:25-cv-00429-JWD-RLB |

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' unopposed motion to suspend briefing on Defendants' motion to dismiss, and the full record before the Court,

It is hereby ORDERED that Plaintiffs' motion is GRANTED.

It is further ORDERED that briefing on Defendants' motion to dismiss is SUSPENDED pending further order of the Court.

**SO ORDERED.**

Dated: August ___, 2025

_____