UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RISE ST. JAMES LOUISIANA, et al., <br><br> Plaintiffs, <br><br> versus <br><br> COURTNEY J. BURDETTE, in her official capacity as Secretary of the Louisiana Department of Environmental Quality, et al., <br><br> Defendants. | Civil Action No. 25-429-JWD-RLB |

**ORDER**

Upon consideration of Plaintiffs' unopposed motion to suspend briefing on Defendants' motion to dismiss, and the full record before the Court,

It is hereby ORDERED that Plaintiffs' motion is GRANTED.

It is further ORDERED that briefing on Defendants' motion to dismiss is SUSPENDED pending further order of the Court.

**SO ORDERED.**

Dated: August 8, 2025

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**