# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RISE ST. JAMES LOUISIANA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COURTNEY J. BURDETTE, in her official capacity as Secretary of the Louisiana Department of Environmental Quality, et al., <br><br> Defendants. | Civil Action No. 3:25-cv-00429-JWD-RLB |

## [PROPOSED] ORDER

Upon consideration of the parties' status report, it is hereby ORDERED that the following schedule is established for briefing Defendants' motion to dismiss, filed July 18, 2025 (ECF 18), and Plaintiffs' cross-motion for summary judgment:

| | |
|---|---|
| Plaintiffs' combined motion for summary judgment and opposition to the motion to dismiss | September 5, 2025 |
| Defendants' combined opposition to Plaintiffs' motion for summary judgment and reply to motion to dismiss | October 6, 2025 |
| Plaintiffs' reply to the motion for summary judgment | October 27, 2025 |

**SO ORDERED.**

Dated: August ___, 2025

_____