## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**RISE ST. JAMES LOUISIANA, ET AL.**                **CIVIL ACTION**

**VERSUS**                                          **NO. 25-429-SDD-RLB**

**COURTNEY J. BURDETTE, ET AL.**

## ORDER

The scheduling conference presently set for **August 28, 2025** is **CANCELLED.**

**The deadlines established below are based on the parties' submissions in the Joint Status Report and are final deadlines**.

Upon consideration of the parties' status report, it is hereby **ORDERED** that the following filing schedule is established for briefing Defendants' motion to dismiss, filed July 18, 2025 (ECF 18), and Plaintiffs' anticipated cross-motion for summary judgment:

| | |
|---|---|
| Plaintiffs' combined motion for summary judgment and opposition to the motion to dismiss | **September 5, 2025** |
| Defendants' combined opposition to Plaintiffs' motion for summary judgment and reply to motion to dismiss | **October 6, 2025** |
| Plaintiffs' reply to the motion for summary judgment | **October 27, 2025** |

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause. Joint, agreed or unopposed motions to extend scheduling order deadlines will not be granted automatically. All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Rule 16, Fed.R.Civ.P. Extensions of deadlines governing discovery must be supported with information describing the discovery already completed, what necessary discovery remains, the parties' efforts to complete

the remaining discovery by the deadline, and any additional information showing that the parties have diligently pursued their discovery. Further, a motion to extend any deadline set by this Order must be filed before its expiration.

Parties are directed to consult the Middle District's Administrative Procedures which contains additional mandatory filing rules and procedures. The Administrative Procedures are available for viewing and download on the court's website (https://www.lamd.uscourts.gov) under "E-Filing," "CM/ECF Info," "Administrative Procedures."

The parties may contact the court at (225) 389-3602 should they wish to schedule a settlement conference.

Signed in Baton Rouge, Louisiana, on August 20, 2025.

                                                **RICHARD L. BOURGEOIS, JR.**
                                                **UNITED STATES MAGISTRATE JUDGE**