UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RISE ST. JAMES LOUISIANA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COURTNEY J. BURDETTE, in her official capacity as Secretary of the Louisiana Department of Environmental Quality, et al.,<br><br>　　　　Defendants. | Civil Action No. 3:25-cv-00429-JWD-RLB |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs Rise St. James Louisiana, Micah Six Eight Mission, The Descendants Project, The Concerned Citizens of St. John Inc., Claiborne Avenue Alliance Design Studio, Inc., and JOIN for Clean Air move for an order granting summary judgment in favor of Plaintiffs and against Defendants Courtney J. Burdette, in her official capacity as Secretary of the Louisiana Department of Environmental Quality (LDEQ), Jerry Lang, in his official capacity as Assistant Secretary for Environmental Compliance at LDEQ, and Liz Murrill, in her official capacity as Attorney General of Louisiana.

As set forth in more detail in the accompanying memorandum, declarations, exhibits, and statement of undisputed material facts, Defendants' enforcement of the Louisiana's Community Air Monitoring Reliability Act (CAMRA), La. R.S. §§ 30:2381.1-.11, should be enjoined because CAMRA imposes requirements on Plaintiffs that violate their rights to free speech and to petition the government under the First and Fourteenth Amendments to the U.S. Constitution and that conflict with federal law.

A proposed order is attached.

September 5, 2025

David Bookbinder
(DC Bar No. 455525)
Environmental Integrity Project
888 17th Street NW
Washington, DC 20006
(301) 751-0611
dbookbinder@environmentalintegrity.org
*Admitted pro hac vice*

Mariah Harrod
(TX Bar No. 24143847)
Environmental Integrity Project
888 17th Street NW
Washington, DC 20006
(856) 503-8645
mharrod@environmentalintegrity.org
*Admitted pro hac vice*

Respectfully submitted,

/s/ Caitlion O'Neill
Caitlion O'Neill
(LA Bar No. 40566)
RISE St. James Louisiana
2150 Allston Way
Suite 460
Berkeley, CA 94704
(504) 321-1360
chunter@risestjames.org

/s/ Nandan M. Joshi
Nandan M. Joshi
(DC Bar No. 456750)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-7733
njoshi@citizen.org
*Admitted pro hac vice*