## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

RISE ST. JAMES LOUISIANA, MICAH SIX
EIGHT MISSION, THE DESCENDANTS
PROJECT, THE CONCERNED CITIZENS OF
ST. JOHN INC., CLAIBORNE AVENUE
ALLIANCE DESIGN STUDIO, INC., and JOIN
FOR CLEAN AIR,

       Plaintiffs,

       v.

COURTNEY J. BURDETTE, in her official
capacity as Secretary of the Louisiana Department
of Environmental Quality; JERRY LANG, in his
official capacity as Assistant Secretary for
Environmental Compliance at the Louisiana
Department of Environmental Quality; and LIZ
MURRILL, in her official capacity as Attorney
General of Louisiana,

       Defendants.

Case No. 3:25-cv-00429-JWD-RLB

### DECLARATION OF SHAMELL LAVIGNE

I, Shamell Lavigne, declare the following based on personal knowledge to which I am
competent to testify:

1.     I am the Chief Operating Officer of RISE St. James Louisiana (previously "RISE
St. James" and herein referred to as such) and have served in this role since September 2022.
Accordingly, I am familiar with the objectives, programs, and structure of RISE St. James.

2.     RISE St. James, a project of the 501(c)(3) Earth Island Institute, is a nonprofit
incorporated in Louisiana. Its mailing address is 8581 Highway 18, Saint James, Louisiana
70086.

3.     RISE St. James is a faith-based grassroots organization dedicated to
environmental justice and ending the proliferation of petrochemical industries in our community.

It was founded in 2018 after Formosa Plastics, a Taiwanese multinational corporation, announced its intention to build a $12 billion plastics manufacturing complex less than two miles from the house of Founder and Executive Director Sharon Lavigne. As more and more industrial projects were announced for the 5th District of St. James Parish, RISE St. James began organizing to oppose these projects as well. Its leaders are descended from people who were enslaved in the area and buried in unmarked cemeteries in St. James Parish. Many RISE St. James members have lived in the 5th District of St. James all their lives and been exposed to heightened levels of carcinogens and a dramatically increased risk of cancer and other diseases as a result of discriminatory land use decisions.

4.      Seven years after its establishment, RISE St. James continues to work to oppose petrochemical and other polluting industry throughout Louisiana, primarily in Ascension, St. James, St. John, and St. Charles Parishes. RISE St. James's members live in communities suffering from pollution throughout the industrialized area between Baton Rouge and New Orleans commonly known as Cancer Alley. RISE St. James likewise holds events and supports communities throughout multiple parishes of Louisiana. A large portion of RISE St. James's work is educating fenceline communities about existing industrial pollution. RISE St. James also presents research to people in areas threatened by new developments to raise their awareness of the risks associated with proposed polluting industries. RISE St. James is particularly interested in measuring industrial air pollution for several reasons: to support members' ability to make decisions about whether air quality is safe enough for them or their children to spend time outside, to use air quality data in public comments, and to work in partnership with other organizations who can provide technical assistance to interpret community-generated data.

5.       Until April 2024, neither the Louisiana Department of Environmental Quality

("LDEQ") nor any other government agency performed publicly accessible air monitoring in the

5th District of St. James Parish.[1] RISE St. James members had no state-provided information

about harmful pollution or general air quality in their neighborhood. In April 2024, LDEQ began

operating a monitoring station in St. James Parish, but it is not listed in LDEQ's 2025 Air

Monitoring Network Plan, so we are unsure if it will continue operating.[2] RISE St. James

therefore stepped up to fill that informational gap to accomplish its mission of using air quality

data as an objective tool to advocate for public health and against further industrial pollution.

6.       To that end, in 2022 RISE St. James partnered with other nonprofit organizations

to install PurpleAir particulate matter ("PM") air monitors at RISE St. James members' houses.

Our PurpleAir monitors provided RISE St. James members useful data about the levels of

harmful PM pollution and enabled us to determine times when air pollution was spiking to

harmful levels. RISE St. James used the data we collected from the PurpleAir monitors to

compile a report about existing air pollution for public comments opposing air permitting for the

proposed Formosa Plastics facility. We wish to keep using our data for these administrative

challenges but are concerned CAMRA would penalize RISE for doing so. Although these

PurpleAir monitors are currently not in use, our partners are discussing reinstalling them. Having

access to accurate community-level data of current air quality conditions continues to be critical

to RISE St. James's advocacy and education efforts. But because PurpleAir monitors do not meet

the standards of the Community Air Monitoring Reliability Act ("CAMRA"), RISE St. James

---

[1] La. Dep't Env't Quality, *St. James*, https://www.deq.louisiana.gov/page/STJAMES (last visited May 20, 2025).
[2] La. Dep't of Env't Quality, *2025 Louisiana Annual Monitoring Network Plan* (Feb. 14, 2025)
https://edms.deq.louisiana.gov/app/doc/view?doc=14710861.

has been hesitant to continue to use them. Further, RISE St. James has refrained from publishing further reports on its existing PurpleAir data.

7.       Also prior to CAMRA's enactment, RISE St. James partnered with Johns Hopkins University to monitor ambient concentrations of PM at the home of my mother, RISE St. James Founder, Chief Executive Officer, and Director Sharon Lavigne. In September 2022, Johns Hopkins researchers began operating a QuantAQ Modulair-PM air quality monitor capable of continuously measuring various types of PM—$PM_{10}$, $PM_{2.5}$, and $PM_1$. PM is a serious concern at this location because of grain dust emissions from the Zen-Noh Grain Corporation Grain Processor located directly across the river. The Zen-Noh grain elevator simultaneously loads and unloads as many as 150,000 bushels of grain hourly less than one half mile from her front door. The QuantAQ Modulair-PM air quality monitor is not FRM nor FEM for PM; therefore, CAMRA restricts use of this device and dissemination of the data it produces. Though we removed that monitor in March 2025 for maintenance, we would like to reinstall it soon and continue collecting readings from it. However, now knowing CAMRA's restrictions and severe financial penalties, we are hesitant to do so.

8.       RISE St. James wishes to conduct further air monitoring to further the organization's goal of protecting St. James community members from harmful pollution. At monthly membership meetings, RISE St. James members have discussed the need to monitor for chloroprene, ethylene oxide, formaldehyde, and other pollutants. LDEQ does not conduct air monitoring for chloroprene or ethylene oxide in St. James Parish. RISE would have difficulty affording the devices and methodology CAMRA requires, and as a result, we would likely not be able to collect this important data. That data is vital to informing and organizing our community.

4

9.    RISE St. James is concerned that, without this air quality data collected through non-CAMRA approved methods, RISE will be unable to educate community members and further its advocacy for clean air. It is also concerned about the stringent financial penalties or other legal repercussions for conducting community air monitoring using devices or methods— or further disseminating results from such devices or methods—prohibited by CAMRA.

10.    RISE St. James publicly opposed passage of CAMRA. RISE St. James's Director of Research and Policy, Caitlion O'Neill, testified against the law at the April 2, 2024 Senate Environmental Quality Committee Meeting[3] and at the April 17, 2024 House Natural Resources Committee meeting[4] on issues including the lack of LDEQ air monitoring in the heavily industrialized 5th District of St. James Parish, the gaps in statewide monitoring that community groups are required to fill, and CAMRA's First Amendment problems. However, RISE St. James only recently became aware of the severity of penalties for violations.

11.    If the court invalidated CAMRA, RISE St. James would conduct its own community air monitoring using PurpleAir devices, apply for grants to install monitoring for pollutants of special interest to its members, commission additional mobile monitoring, and pursue further legal challenges to air permits based on our monitoring. Because information about air quality is of great interest to its members, RISE St. James would publicly disseminate data collected from these devices on a website or in published reports.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

---

[3] La. State Senate, *Video Archives: Environmental Quality Committee, April 2, 2024*, https://senate.la.gov/s_video/VideoArchivePlayer?v=senate/2024/04/040224EQ.
[4] La. House of Representatives, *Video Archives: Natural Resources Committee, April 17, 2024*, https://house.louisiana.gov/H_Video/VideoArchivePlayer?v=house/2024/apr/0417_24_NR.

EXECUTED this 7th day of August 2025 in Saint James, Louisiana.


Shamell Lavigne, Chief Operating Officer

RISE St. James