# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RISE ST. JAMES LOUISIANA, MICAH SIX EIGHT MISSION, THE DESCENDANTS PROJECT, THE CONCERNED CITIZENS OF ST. JOHN INC., CLAIBORNE AVENUE ALLIANCE DESIGN STUDIO, INC., and JOIN FOR CLEAN AIR, <br><br> Plaintiffs, <br><br> v. <br><br> COURTNEY J. BURDETTE, in her official capacity as Secretary of the Louisiana Department of Environmental Quality; JERRY LANG, in his official capacity as Assistant Secretary for Environmental Compliance at the Louisiana Department of Environmental Quality; and LIZ MURRILL, in her official capacity as Attorney General of Louisiana, <br><br> Defendants. | Case No. 3:25-cv-00429-JWD-RLB |

## DECLARATION OF CYNTHIA ROBERTSON

I, Cynthia "Cindy" Robertson, declare the following based on personal knowledge to which I am competent to testify:

1. I am the founder of Micah Six Eight Mission ("Micah 6:8") and continue to lead the organization today as the Executive Director. I develop programs, write grants, work with scientists assessing environmental permits, lead community events, and manage finances for the organization. Accordingly, I am familiar with the objectives, programs, and structure of Micah 6:8.

2. Micah 6:8 is a 501(c)(3) nonprofit incorporated in Louisiana. Its mailing address is 624 West Verdine Street, Sulphur, Louisiana 70663. It has a staff of two full-time employees, three board members, and thirty volunteers—all residents of Sulphur and Westlake.

1

3. I founded Micah 6:8 around 2018 after my volunteer work at the Open Door Biker Church showed me the depth of unmet needs in Portie Town, a low-income neighborhood in Sulphur. I was helping the church sort through clothing and other donations for their pantry and speaking with the folks who came for the church's daily lunch. It was through these conversations that I realized there were people who still needed food, medical attention, clothing, and housing. I bought a house in Portie Town and built a food donation box in front of it, aiming to help satisfy these needs. Throughout Hurricane Laura, Hurricane Delta, Winter Storm Uri, and the COVID-19 pandemic, I began really noticing how my community was suffering from climate change, housing insecurity, and lack of healthcare access. We began providing broader disaster relief services.

4. These actions were inspired by faith—the Biblical verse Micah 6:8 asks people to "do justice, and to love mercy, and walk humbly." We sought mercy for those struggling around us, but upon recognizing the severe impacts done to our region by the facilities nearby emitting greenhouse gases and other pollutants while raking in profits and receiving tax abatements, we began to operate in the name of justice, too. Our mission is to educate, prepare, and empower Southwest Louisiana to thrive through environmental stewardship, disaster resilience, and social equity. Specifically, the organization provides essential items to those in need, encourages civic engagement, advocates for policy changes, and hosts educational events on the environment and public health, such as local drinking water, climate, and air quality.

5. To further this work and ensure industry is complying with laws designed to protect us from harmful pollution, Micah 6:8 has conducted community air monitoring since 2022. What began as concern for greenhouse gas emissions and the severe climate impact they had on Louisiana evolved into broader concern for air quality and health impacts. We started

2

community air monitoring because we were observing black smoke and smelling odors from nearby facilities—Westlake Corporation, Citgo, Indorama Ventures, Phillips 66, LyondellBasell, Entergy, Firestone Polymers, PPG, Sasol, and more. We wanted to know the health risks their emissions pose so we can make informed decisions, such as whether people with respiratory conditions should avoid going outdoors on a given day because the air does not meet air quality standards. We also wanted to know if these facilities were complying with air laws and whether we should take legal action against them for violations of the State Implementation Plan ("SIP"). This pollution information is not available to us from any other outlet. In fact, I spoke to the Louisiana Department of Environmental Quality about how their devices are not well-placed to monitor the pollution that my neighbors and I breathe, and they responded that they do not monitor such local impacts but instead test the broader "ambient air."

6. Accordingly, Micah 6:8 installed and collects data from one AQSync device and eight PurpleAir devices in Sulphur, Westlake, Lake Charles, Dequincy, and Hayes, Louisiana. We use the devices to monitor criteria pollutants—including particulate matter ("PM"), carbon monoxide ("CO"), ozone, and nitrogen oxides ("$NO_x$")—and volatile organic compounds ("VOCs"). We chose to monitor these pollutants after reviewing air permits from nearby emitters and seeing they emitted those. We monitor because we want to know whether nearby facilities are complying with the law and whether the air we are breathing meets the National Ambient Air Quality Standards ("NAAQS"). We are especially concerned about PM (which we physically observe as black smoke from nearby flares migrating over the fenceline) and VOCs.

7. Both AQSync and PurpleAir monitors contain sensors that are not EPA-promulgated or EPA-approved methods for monitoring air pollutants. The AQSync in particular uses noncompliant methods to test for criteria pollutants—$PM_{2.5}$, $PM_{10}$, and CO—and to test for

VOCs, which are precursors for the criteria pollutant ozone. We chose to use the AQSync and PurpleAir devices specifically for their cost-effectiveness, ease of maintenance, and accessibility. We received a grant from Lowlander Center to install the first set of PurpleAir devices, which measure different types of PM ($PM_{10}$, $PM_{2.5}$, $PM_1$) and VOCs and fill gaps in information from nearby LDEQ monitors. LDEQ maintains one monitoring station in Westlake which measures sulfur dioxide, PM, and $NO_x$, but the next closest monitors are ten miles away in Carlyss and seventeen miles away in Vinton, farther from Westlake's industrial pollution sources. So, we supplement the data provided by LDEQ with our own monitors. Our devices provide real-time results that our community can use to assess our health risks and respond accordingly. LDEQ's monitoring data, which feeds EPA's AirNow website, is unable to meet that need because it only provides past air quality information at a few monitoring locations. The EPA AirNow website also does not inform us of risks from VOC concentrations, which is a major concern here due to the number of industrial polluters.

8. In 2022, EPA awarded Micah 6:8 an Enhanced Air Quality Monitoring for Communities Competitive Grant—under the 2021 American Rescue Plan—in the amount of $407,600, together with the Port Arthur Community Action Network and three other organizations. We used these funds to purchase, install, and operate two AQSync Air Quality Monitoring Stations manufactured by 2B Technologies. We installed one AQSync device in Sulphur, Louisiana which began operating in November 2024; the other is just across the state line in Port Arthur, Texas.[1] We continue to operate and collect data from these and provide

---

[1] RFA# EPA-OAR-OAQPS-22-01: Enhanced Air Quality Monitoring for Communities Competitive Grant Selected Applications. https://www.epa.gov/system/files/documents/2022-11/Enhanced%20Air%20Quality%20Monitoring%20for%20Communities%20Grant%20Selections%2011-02-2022.pdf

4

reports discussing that data to EPA, per the terms of our grant agreement. Our monitoring has found that levels of PM$_{2.5}$ pollution exceeded the NAAQS on more than 66% of days.

9. We chose AQSync because we learned it is a cost-effective, easily maintained monitor capable of measuring ozone, NO, NO$_2$, CO, CO$_2$, PM$_1$, PM$_{2.5}$, VOCs, temperature, pressure and relative humidity, wind speed, and wind direction, all in real time. The AQSync Air Quality Monitoring Station measures ozone with a 2B Technologies Model 108-L ozone monitor—an EPA Federal Equivalent Method ("FEM"). NO and NO$_2$ are measured using a 2B Technologies Model 405 nm NO$_2$/NO/NO$_x$ Monitor, also an EPA FEM. However, the CO, PM, and VOC sensors in the AQSync do not operate by EPA-approved or promulgated methods but help us assess NAAQS compliance.

10. LDEQ recently published a list of "Approximate Costs Associated with a New Monitoring Site," as part of their report to the Louisiana State Legislature under Senate Concurrent Resolution 30. If Micah 6:8 was to measure NO, NO$_2$, NO$_x$, CO, PM$_1$, PM$_{2.5}$, PM$_{10}$, total VOCs ("tVOC"), and meteorological data using the EPA-approved methods shown in LDEQ's report, it would cost us more than $200,000 in upfront equipment costs, not including the costs of measuring ozone nor the annual operating and maintenance costs, which LDEQ estimates to be $150,000 to $200,000 per year.

11. We used to publish information about the monitoring results on our Micah 6:8 Facebook page. Following the passage of Louisiana's Community Air Monitoring Reliability Act ("CAMRA"), we are now much more cautious about how Micah 6:8 presents its monitoring results on social media. We know CAMRA restricts how Micah 6:8 disseminates the data we collect, and we are concerned the organization could face severe legal consequences for doing so. We continue to collect this data but stopped posting about it on social media in September

2024 out of fear for repercussions. We also used to put colored flags in front of our house to signify certain air quality issues we found through monitoring, such as exceedances of the $PM_{2.5}$ NAAQS, but we stopped doing that in case this too might be a violation of CAMRA's restrictions on sharing monitoring data. Our neighbors have asked us where the flags went because we were an accessible source of information about air quality for our community. Now we feel like we cannot safely speak about air monitoring results. Importantly, our EPA grant requires us to quarterly report our monitoring data from the AQSync for publication on EPA's website. We no longer publicize it on social media, but we do continue to share our data in our reports to EPA. Our data is now hidden on our webpage because our grant requires us to have this information there, but we worry we will face penalties under CAMRA for it. Instead, we have just stopped telling people about the information on our webpage. Though we have frequently considered legal action due to our monitoring data showing violations of the NAAQS, we have decided not to pursue it because of CAMRA.

12. If the court ruled that CAMRA was illegal, Micah 6:8 would resume sharing the results of our monitoring on social media, speaking with the public about it, and move our data to our webpage's front page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

EXECUTED this  6th  day of August 2025 in      Sulphur    , Louisiana.

*Cynthia P. Robertson*
—DocuSigned by: A02E8369F32145F...

Cynthia Robertson, Executive Director
Micah Six Eight Mission

6