UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RISE ST. JAMES LOUISIANA, MICAH SIX EIGHT MISSION, THE DESCENDANTS PROJECT, THE CONCERNED CITIZENS OF ST. JOHN INC., CLAIBORNE AVENUE ALLIANCE DESIGN STUDIO, INC., and JOIN FOR CLEAN AIR,<br><br>      Plaintiffs,<br><br>      v.<br><br>COURTNEY J. BURDETTE, in her official capacity as Secretary of the Louisiana Department of Environmental Quality; JERRY LANG, in his official capacity as Assistant Secretary for Environmental Compliance at the Louisiana Department of Environmental Quality; and LIZ MURRILL, in her official capacity as Attorney General of Louisiana,<br><br>      Defendants. | Case No. 3:25-cv-00429-JWD-RLB |

**DECLARATION OF JOYCEIA BANNER**

I, Dr. Joyceia "Joy" Banner, declare the following based on personal knowledge to which I am competent to testify:

1. I am the Co-Founder and Co-Director of The Descendants Project ("TDP"). In my role, I develop goals and strategies for TDP; supervise staff; organize and/or provide class presentations, panel discussions, and podcast guest speaking on our work; lead advocacy against industry proliferation in our community; provide mutual aid to community members; apply for grants; conduct weekly meetings; create external and internal communications; participate in United Nations plastic treaty negotiations on behalf of TDP; and more. Accordingly, I am familiar with the objectives, programs, membership, and structure of TDP.

2.      TDP is a 501(c)(3) nonprofit incorporated in Louisiana. Its mailing address is 5593 Highway 18, Vacherie, Louisiana 70090.

3.      My sister Jo and I were raised in Wallace, Louisiana—a historic Freetown surrounded by plantations where the residents' ancestors were enslaved. This community is a rich cultural melting pot shaped by African, German, French, and Indigenous influences. We feel deeply connected and rooted in this land where our family has lived for 300 years. We want to remain here. Our ancestors' graves are here. Their stories are here, and our stories are here. We want to preserve this community for future descendants. To do that, we have to fight back against the pollution and development forced upon us without our input. That pollution is obvious: rust-colored dust from the Atalco Alumina plant (across the river from Wallace in Gramercy) covers our roads, buildings, and road signs. We also know about our increased risk of cancer from nearby Denka Elastomer's chloroprene emissions because EPA shared this information with community members. But this information alone is insufficient to understand the extent of the problem and to support our advocacy.

4.      Jo and I founded and incorporated TDP in 2020 to address slavery's legacy of environmental and socioeconomical injustice with a focus on historic preservation honoring the legacy of the enslaved people who built this community. Attracted by lax pollution laws, proximity to the Mississippi river, and thousands of acres of land cleared to sell off for this purpose, industries established themselves on former plantations. Black descendants still live in these areas, linking the plantation system to legacy pollution and environmental racism. TDP was inspired in part by this and in part by our work in the Louisiana tourism industry, which largely ignored the stories and traumas of enslaved people—and their descendants—in showcasing plantation history. Jo and I also believed the industry was not fairly benefiting the

Black descendant community. After Jo voiced her concerns about this lack of representation of Black voices to her employer, they fired her. At that point, we knew it was time we stepped up to champion the voices of Black descendants while demanding action supporting their total well-being. No one else would.

5. In 2021, we faced one of our first challenges as an organization when Greenfield proposed developing a dangerous grain export facility and depot in Wallace—our hometown. If built, the facility would cover our community in tons of particulate matter ("PM") and increase traffic, noise, rodents, and risks of explosion. The Wallace community was on the cusp of watching the destruction of its ancestral lands and homes. The development threatened Whitney Plantation, a former plantation located in Wallace and repurposed as a museum honoring the legacies of enslaved people. TDP and community members collected almost 20,000 signatures, litigated, and lobbied local decisionmakers to oppose the development and ultimately succeeded.

6. We have since sought to preserve other plantation buildings—such as the Many Waters house where our enslaved ancestors lived—and repurpose them to serve the Black descendant community. We will renovate Many Waters to include an ancestral archeology and burial ground research center, an African American genealogy research center, and an interpretive public history space centered on enslaved people and their descendants. We similarly converted the Woodland Plantation in Laplace into a museum about the 1811 Slave Revolt and early jazz pioneer Kid Ory. We are currently working on educating local students on sustainability and are designing a labyrinth with native plants as a symbol of healing and beauty within Cancer Alley. We want to create a better vision for what our home could be. This is how we motivate our community to reshape it.

7.      To further this work, TDP has conducted several projects to monitor air quality in our community. The first of these projects was in collaboration with Healthy Gulf in 2021, when we installed a PurpleAir monitor at our café in Wallace to test for PM and volatile organic compounds ("VOCs"). Healthy Gulf wanted locations to monitor, and we wanted to know how nearby industrial pollution impacts the air we breathe. Unfortunately, a hurricane damaged the device a few months later, and we were unable to reinstall it.

8.      We later partnered with Colorado State University ("CSU") and Johns Hopkins University ("JHU") to conduct additional air monitoring in Wallace and Laplace. Beginning in June 2023, we collaborated with JHU to install a QuantAQ Modulair-PM—owned by JHU—to test for PM at our café in Wallace. We wanted to measure PM because we know Atalco emits it in significant amounts—we see all the red dust in the air—and because we know it poses health risks we observe in the community, such as respiratory and reproductive harms. We still collect data from that device with the intent to use it in litigation against Atalco. However, we are concerned that we cannot use our data to bring certain suits without facing penalties under CAMRA and so have been hesitant to do so.

9.      In February 2025, we arranged for JHU researchers to drive their mobile air monitor around Laplace. They also parked the mobile lab at our Laplace Woodland Plantation to collect data there. The mobile monitor tests for ethylene oxide, chloroprene, and other speciated hazardous air pollutants and VOCs—pollutants we know the nearby Denka facility emits and which the Louisiana Ambient Air Standards ("LAAS") regulates. Part of our motivation in participating in this project was to determine whether our area was complying with those ambient air standards to take any action necessary—including legal—to address noncompliance.

4

10. In April 2025, we collaborated with CSU graduate students by using their AirPens—paid for through a private grant given to Environmental Defense Fund, who contracted with CSU to perform the monitoring—to collect air samples in Laplace and Wallace. The AirPen monitors use sensors to continuously measure PM and total VOCs. The AirPens also pump air through a filter, a sorbent tube and onto a sorbent cartridge. Every week we ship the filter, sorbent tube, and sorbent cartridge back to CSU, who analyzes the cartridges. We are still waiting for the results of this monitoring, but these AirPens will help us assess compliance with the National Ambient Air Quality Standards for PM and potentially take legal action.

11. The PurpleAir and QuantAQ monitoring devices do not use EPA-promulgated or EPA-approved methods for monitoring air pollutants. Similarly, the AirPens use methods not approved by EPA and thus not permitted by CAMRA. The researchers chose these devices because they are easy for community members, like us, to collect samples around the places we frequent. We believe the more information accessible to the community—the more *community* monitoring done—the better. However, now knowing CAMRA's restrictions, we are very concerned that we cannot safely continue this important work in educating our community about environmental racism and using our data to advocate effectively.

12. We had planned to put a monitor in the Many Waters House that would continuously display air monitoring data we collected in real-time. We would be more likely to pursue legal action using our data. However, due to CAMRA, we have decided not to for fear of severe financial penalties and other legal consequences.

13. If the court ruled that CAMRA was illegal, The Descendants Project would display real-time air monitoring results in the Many Waters House and otherwise publicize this data.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 8th day of August 2025 in Wallace, Louisiana.

*Joy Banner*

Joyceia Banner, Co-Founder & Co-Director
The Descendants Project