## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RISE ST. JAMES LOUISIANA, MICAH SIX EIGHT MISSION, THE DESCENDANTS PROJECT, THE CONCERNED CITIZENS OF ST. JOHN INC., CLAIBORNE AVENUE ALLIANCE DESIGN STUDIO, INC., and JOIN FOR CLEAN AIR, | |
| Plaintiffs, | Case No. 3:25-cv-00429-JWD-RLB |
| v. | |
| COURTNEY J. BURDETTE, in her official capacity as Secretary of the Louisiana Department of Environmental Quality; JERRY LANG, in his official capacity as Assistant Secretary for Environmental Compliance at the Louisiana Department of Environmental Quality; and LIZ MURRILL, in her official capacity as Attorney General of Louisiana, | |
| Defendants. | |

## DECLARATION OF LETITIA TAYLOR

I, Letitia Taylor, declare the following based on personal knowledge to which I am competent to testify:

1.     I am the Program Director of The Concerned Citizens of St. John Inc. ("CCSJ") and have served in this role since February 2024. As the Program Director, I plan events and programs, manage the budget, speak on behalf of the organization, write grant applications, and manage grant deliverables. Accordingly, I am familiar with the objectives, programs, and structure of CCSJ.

2.     CCSJ is a 501(c)(3) nonprofit incorporated in Louisiana. Its mailing address is 389 East 26th Street, Reserve, Louisiana 70084.

3.      My father founded CCSJ in 2016 after attending a community event hosted by the U.S. Environmental Protection Agency ("EPA"). He attended alongside his pastor, who eventually co-founded CCSJ with my father. At that community event, EPA informed attendees that our Parish has the highest U.S. county-level cancer risk related to chloroprene exposure. Chloroprene exposure can also cause headaches, dizziness, fatigue, nausea, respiratory irritation, cardiac palpitations, hair loss, and more. Longterm exposure to chloroprene can contribute to liver function abnormalities, cardiovascular disorders, and lowered immunity. We realized that our heightened chloroprene exposure was due to our proximity to the Denka Performance Elastomer facility ("Denka"), which uses chloroprene to produce Neoprene rubber and thereby emits it and other pollutants into the air we breathe. My father immediately began hosting public events at our church twice a month and invited community members to raise awareness about this health risk—and its cause—so we could organize and advocate for changes to protect ourselves and our families. We invited a scientist to these meetings to share the air monitoring results that Denka reported to the Louisiana Department of Environmental Quality ("LDEQ"). We eventually incorporated as a nonprofit in 2017 based around this goal of educating and advocating for our community.

4.      CCSJ's primary mission is to advocate for the health and safety of all citizens by holding government officials and industry accountable for the quality of our Parish's air, water, and soil. Pursuant to that mission, CCSJ strives to "collect all facts about our environment and share that information with the citizens of St. John Parish" and use those facts in advocacy.[1] For example, CCSJ used air monitoring data to successfully lobby the local school board to move Fifth Ward Elementary School away from Denka to protect the students, who are more

---

[1] "Our Mission," CCOSJ, https://www.ccosj.com/ (last visited Apr. 23, 2025).

vulnerable to chloroprene exposure than adults are. We also have been lobbying for stronger fence line monitoring requirements at Denka. Air monitoring data has been crucial to those campaigns as a tool of persuasion—they show what the problem is and how it remains ongoing.

5.    To promote community health and financial wellbeing, CCSJ also advocates for renewable energy, infrastructure improvements, and investments to create jobs, reduce pollution, curb climate impacts, and create a more resilient local economy benefitting all St. John residents. We try to connect community members to programs and resources that can make them healthier, safer, and financially independent. We want to build better futures for community members than the ones industry employers provide. It can be hard. People are scared that any opposition to these industries could hurt their own financial wellbeing, but these companies get tax breaks, pollute our communities, and drive up our healthcare costs. Our wellbeing has never been their priority. We want to use objective information to show this and to encourage our community to pursue a different path.

6.    To further its goal of making St. John Parish a better place to live, CCSJ has published information on its website about fine particulate matter, chloroprene, and ethylene oxide in the Parish. For example, CCSJ cited an EPA National Air Toxics Assessment for its finding that the Parish has the highest chloroprene-related cancer risk in the nation.[2] Raising community awareness concerning air pollution levels around the Parish has always been a central goal of CCSJ. However, there are gaps—and flaws—in information available to us from the monitoring conducted by facilities and published by LDEQ. For example, when a naphtha tank at the Garyville Marathon refinery in St. John Parish caught fire in 2023, resulting in the

---

[2] *Id.* (citing EPA, 2014 NATIONAL AIR TOXICS ASSESSMENT, https://www.epa.gov/national-air-toxics-assessment/2014-nata-assessment-results (last visited Apr. 24, 2025)).

second largest chemical spill in thirty years, LDEQ repeatedly claimed there were no offsite impacts despite residents reporting chemical odors and seeking medical attention. Further, monitoring results can be hard to obtain and do not provide real-time data for when the pollution threat is greatest and community members should avoid exposure.

7.      To fill that information gap and ensure the information's integrity, and to assess compliance with the state and federal ambient air quality standards, CCSJ began partnering with schools and nonprofits to conduct community air monitoring. From 2022 until 2024, the Deep South Center for Environmental Justice received a nearly $500,000 grant from EPA to monitor and educate community members on air quality in St. John Parish. CCSJ stationed monitors from Deep South Center that do not use EPA-approved or promulgated methods in Reserve, Garyville, Vacherie, and Edgard, Louisiana to test for chloroprene and ethylene oxide (for which there are state ambient air quality standards) and for particulate matter (for which there are federal ambient air quality standards). Deep South Center recently received and shared the results of that monitoring with CCSJ.

8.      Starting in 2024, we began coordinating with Johns Hopkins University ("JHU") to expand air monitoring near Denka. In February 2025, JHU scientists stationed their mobile lab at my father's house in Reserve, Louisiana. The mobile lab was equipped with an instrument that continuously measured concentrations of ethylene oxide. The JHU mobile lab was also equipped with a high-performance gas chromatograph mass spectrometer to continuously measure concentrations of chloroprene and other speciated hazardous air pollutants and volatile organic compounds ("VOCs"). These instruments are extremely sensitive, precise, and accurate, but they use monitoring methods that have not been approved or promulgated by EPA. We chose to

4

monitor these pollutants because we know Denka emits them, but Denka only tests at their site—not where we breathe.

9.    In April 2025, we worked with Colorado State University ("CSU") graduate students to place their AirPen monitors in locations we wanted to test—one at my house in Laplace, one at my father's house in Reserve, and another in Mt. Airy. The AirPen, which is not an EPA-approved or -promulgated method, uses low-cost sensors to continuously record ambient particulate matter and total VOC concentrations, as well as temperature, pressure, humidity, light intensity, location, and motion. The AirPen also collects physical samples of particulate matter onto a filter, VOC onto a sorbent tube, and formaldehyde onto a sorbent cartridge. LDEQ and EPA regulate these pollutants, so our monitoring helps us determine whether our area complies with their standards. Every week CCSJ removes the filter, sorbent tube, and sorbent cartridge from each AirPen and ships them to CSU for analysis and prepares the devices for the next sampling period. We completed the first campaign of three consecutive six-day sampling periods. We expect to complete four more campaigns by the end of 2025.

10.    Prior to the enactment of the Community Air Monitoring Responsibility Act ("CAMRA"), we presented monitoring results from our project with Deep South Center at our bimonthly meetings. Sharing this air quality data is crucial to our purpose of educating our community on public health risks and how to address them. CCSJ understands that CAMRA prohibits us from sharing our monitoring data to allege violations of air permits. It also prohibits us from sharing our monitoring data without including certain vaguely-defined details, like the "relevant uncertainties" for our data. We are worried that any attempt at publishing our results will risk LDEQ investigation and enforcement, forcing us to use our limited resources on compliance and defense. Since 2022, we had been presenting the monitoring results we collected

5

at our bimonthly meetings, which we sometimes livestreamed on Facebook. But now, following CAMRA's enactment, we have stopped sharing those results. Our monitors are still functioning, so we are still collecting that information, but we are scared to share that information publicly anymore. That is a major setback for CCSJ in educating our community about health risks—especially now that EPA has dropped its suit against Denka and made clear that it will not provide necessary oversight.[3] What do we do if we find out through our monitoring that the air we are breathing is unsafe? We have considered legal action using our monitoring data, such as for exceeding ambient air quality standards, but now we are concerned about penalties for doing so. We can no longer tell anyone about it without the threat of severe legal consequences, much less use those results to allege illegal actions. We feel like we are being silenced. If we cannot share or use this information, people will not act on it to protect themselves and their loved ones, and industries will keep violating laws if no one enforces them.

11.     CCSJ is concerned that it will be subject to financial penalties or other legal repercussions for conducting community air monitoring using devices or methods—or further disseminating results from such devices or methods—prohibited by CAMRA.

12.     If the court declared that CAMRA was illegal, CCSJ would resume sharing the results of the monitoring it conducts and potentially use those results to enforce air quality laws.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

---

[3] *Justice Department Dismisses Suit Against Denka, Delivering on President Trump's Mandate to End Radical DEI Programs*, DEP'T OF JUSTICE (March 7, 2025), https://www.justice.gov/opa/pr/justice-department-dismisses-suit-against-denka-delivering-president-trumps-mandate-end.

EXECUTED this 8th day of August 2025 in LaPlace, Louisiana.


s/ Letitia Taylor

Letitia Taylor, Program Director

The Concerned Citizens of St. John