UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RISE ST. JAMES LOUISIANA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COURTNEY J. BURDETTE, in her official capacity as Secretary of the Louisiana Department of Environmental Quality, et al., <br><br> Defendants. | Civil Action No. 3:25-cv-00429-JWD-RLB |

**DECLARATION OF NANDAN M. JOSHI**

I, Nandan M. Joshi, declare as follows:

1. I am an attorney at Public Citizen Litigation Group and represent the plaintiffs in this action.

2. Attached as **Exhibit 1** is a true and accurate copy of *Report: Louisiana Concurrent Resolution 30: To Study Implementation of Real-Time Community Air Monitoring and Notification Systems*, Prepared by the Louisiana Department of Environmental Quality, available at https://deq.louisiana.gov/assets/docs/Communications/CR30ReportVer7.pdf, and downloaded on August 25, 2025. Attachments to the report are not included in the exhibit.

3. Attached as **Exhibit 2** is a true and accurate copy of Environmental Protection Agency (EPA), The Enhanced Air Sensor Guidebook (Sept. 2022), available through a download link at https://cfpub.epa.gov/si/si_public_record_report.cfm?Lab=CEMM&dirEntryId=356426, and downloaded on August 27, 2025.

4. Attached as **Exhibit 3** is a true and accurate copy of "EPA Tools & Resources Webinar Q&A Enhanced Air Sensor Guidebook," available at https://www.epa.gov/system/

1

files/documents/2023-06/TR_Enhanced%20Air%20Sensor%20Guidebook_QA_Final.pdf, and downloaded on August 25, 2025.

5. Attached as **Exhibit 4** is a true and accurate copy of "EPA, National Center for Environmental Research, Science to Achieve Results (STAR) Program, Air Pollution Monitoring for Communities, Funding Opportunity Number: EPA-G2014-STAR-K1," available at https://www.grants.gov/search-results-detail/257069, "Related Documents" tab, and downloaded on August 25, 2025.

6. Attached as **Exhibit 5** is a true and accurate copy of the website "EPA, Air Sensor Loan Programs," https://www.epa.gov/air-sensor-toolbox/air-sensor-loan-programs, as printed to PDF file format on August 25, 2025.

7. Attached as **Exhibit 6** is a true and accurate copy of a June 5, 2023, EPA press release entitled "EPA, Rep. Troy Carter Announce Grant for La. DEQ Air Monitoring Project in St. James Parish," available at https://www.epa.gov/newsreleases/epa-rep-troy-carter-announce-grant-la-deq-air-monitoring-project-st-james-parish, and printed to PDF file format on August 25, 2025.

8. Attached as **Exhibit 7** is a true and accurate copy of a November 16, 2023, EPA press release entitled "EPA Announces Over $3 Million in Grants Prioritizing Environmental Justice in Louisiana," available at https://www.epa.gov/newsreleases/epa-announces-over-3-million-grants-prioritizing-environmental-justice-louisiana, and printed to PDF file format on August 25, 2025.

Executed: September 5, 2025

                                                                   /s/ Nandan M. Joshi
                                                                   Nandan M. Joshi