EXHIBIT 4

TO

DECLARATION OF NANDAN M. JOSHI

# OVERVIEW INFORMATION

**U.S. Environmental Protection Agency**
**National Center for Environmental Research**
***Science to Achieve Results (STAR) Program***

# AIR POLLUTION MONITORING FOR COMMUNITIES

**This is the initial announcement of this funding opportunity.**

**Funding Opportunity Number:** EPA-G2014-STAR-K1

**Catalog of Federal Domestic Assistance (CFDA) Number**: 66.509

Solicitation Opening Date: ***Open: June 9, 2014***
Solicitation Closing Date:  ***Closing: October 7, 2014***: 11:59:59 pm Eastern Time

**Table of Contents**

SUMMARY OF PROGRAM REQUIREMENTS
    Synopsis of Program
    Award Information
    Eligibility Information
    Application Materials
    Agency Contacts
I. FUNDING OPPORTUNITY DESCRIPTION
    A.  Introduction
    B.  Background
    C.  Authority and Regulations
    D.  Specific Areas of Interest/Expected Outputs and Outcomes
    E.  References
    F.  Special Requirements
II.  AWARD INFORMATION
III. ELIGIBILITY INFORMATION
    A.  Eligible Applicants
    B.  Cost Sharing
    C.  Other
IV. APPLICATION AND SUBMISSION INFORMATION
    A.  Internet Address to Request Application Package
    B.  Content and Form of Application Submission
    C.  Submission Dates and Times
    D.  Funding Restrictions
    E.  Submission Instructions and Other Submission Requirements
V. APPLICATION REVIEW INFORMATION
    A.  Peer Review
    B.  Programmatic Review

    C.  Human Subjects Research Statement (HSRS) Review
    D.  Funding Decisions
VI. AWARD ADMINISTRATION INFORMATION
    A.  Award Notices
    B.  Disputes
    C.  Administrative and National Policy Requirements
VII. AGENCY CONTACTS

Access Standard STAR Forms (http://epa.gov/ncer/rfa/forms/)
View research awarded under previous solicitations (http://epa.gov/ncer/rfa/archive/grants/)

**SUMMARY OF PROGRAM REQUIREMENTS**

**Synopsis of Program:**
The U.S. Environmental Protection Agency (EPA), as part of its Science to Achieve Results (STAR) program, is seeking applications proposing research on empowering communities and individuals to take action to avoid air pollution exposure, using low-cost portable air pollution sensors. Specifically of interest is research on using low-cost portable sensors to understand and avoid air pollution exposure, on the ways communities and individuals interact with air pollution sensors and their data, on methods for understanding and managing the quality of data from air pollution sensors, and on how sensors and sensor networks compare to existing state-of-the-art air quality monitoring methods.

This solicitation provides the opportunity for the submission of applications for projects that may involve human subjects research.  Human subjects research supported by the EPA is governed by EPA Regulation 40 CFR Part 26 (Protection of Human Subjects).  This includes the Common Rule at subpart A and prohibitions and additional protections for pregnant women and fetuses, nursing women, and children at subparts B, C, and D.  Research meeting the regulatory definition of intentional exposure research found in subpart B is prohibited by that subpart in pregnant women, nursing women, and children.  Research meeting the regulatory definition of observational research found in subparts C and D is subject to the additional protections found in those subparts for pregnant women and fetuses (subpart C) and children (subpart D).  All applications must include a Human Subjects Research Statement (HSRS, as described in Section IV.B.5.c), and if the project involves human subjects research, it will be subject to an additional level of review prior to funding decisions being made as described in Sections V.C and V.D of this solicitation.

Guidance and training for investigators conducting EPA-funded research involving human subjects may be obtained here:
http://www.epa.gov/osainter/phre/support.htm
http://www.epa.gov/osa/pdfs/phre/phre_course/index.htm

**Award Information:**
Anticipated Type of Award: Grant or cooperative agreement
Estimated Number of Awards: Approximately six awards

Anticipated Funding Amount: Approximately $4.5 million total for all awards
Potential Funding per Award: Up to a total of $750,000, including direct and indirect costs, with a maximum duration of three years. Cost-sharing is not required. Proposals with budgets exceeding the total award limits will not be considered.

**Eligibility Information:**
Public nonprofit institutions/organizations (includes public institutions of higher education and hospitals) and private nonprofit institutions/organizations (includes private institutions of higher education and hospitals) located in the U.S., state and local governments, Federally Recognized Indian Tribal Governments, and U.S. territories or possessions are eligible to apply. See full announcement for more details.

**Application Materials:**
To apply under this solicitation, use the application package available at Grants.gov (for further submission information see Section IV.E. "Submission Instructions and other Submission Requirements"). The necessary forms for submitting a STAR application will be found on the National Center for Environmental Research (NCER) web site, http://epa.gov/ncer/rfa/forms. If your organization is not currently registered with Grants.gov, you need to allow approximately one month to complete the registration process. Please note that the registration process also requires that your organization have a DUNS number and a current registration with the System for Award Management (SAM) and the process of obtaining both could take a month or more. Applicants must ensure that all registration requirements are met in order to apply for this opportunity through grants.gov and should ensure that all such requirements have been met well in advance of the submission deadline. This registration, and electronic submission of your application, must be performed by an authorized representative of your organization.

*If you do not have the technical capability to utilize the Grants.gov application submission process for this solicitation, send a webmail message to http://www.epa.gov/ncer/contact_us.html at least 15 calendar days before the submission deadline to assure timely receipt of alternate submission instructions. In your message provide the funding opportunity number and title of the program, specify that you are requesting alternate submission instructions, and provide a telephone number, fax number, and an email address, if available. Alternate instructions will be emailed whenever possible. Any applications submitted through alternate submission methods must comply with all the provisions of this Request for Applications (RFA), including Section IV, and be received by the solicitation closing date identified above.*

**Agency Contacts:**
Technical Contact: Sherri Hunt; phone: 703-347-8042; email: hunt.sherri@epa.gov
Eligibility Contact: Ron Josephson; phone: 703-308-0442; email: josephson.ron@epa.gov
Electronic Submissions Contact: Todd Peterson; phone: 703-308-7224; email: peterson.todd@epa.gov

# I. FUNDING OPPORTUNITY DESCRIPTION

## A. Introduction

Recent advances in air pollution measurement technology have allowed the development of low-cost portable air pollution sensors. These sensors are often small enough to be carried or worn by individuals who are interested in learning more about the air pollution they are exposed to, and can be used by communities to better understand and reduce exposure to air pollution. This solicitation seeks research on empowering communities and individuals to take action to avoid air pollution exposure using low-cost portable air pollution sensors, on the ways communities and individuals interact with air pollution sensors and their data, on methods for understanding and managing the quality of data from air pollution sensors, and on how sensors and sensor networks compare to traditional air quality monitoring methods.

This solicitation addresses three of the EPA Administrator's themes for Meeting the Challenge Ahead. It demonstrates 1) making a visible difference in communities across the country by taking into consideration the impacts of our decisions on environmental justice communities through increased analysis, better science, and enhanced community engagement to ensure the protection of basic fundamental rights, 2) delivering health benefits to the American public by enabling communities to take action to understand and reduce exposure to air pollution, and 3) taking action on toxics by better understanding the ways in which communities are affected by toxics in both outdoor and indoor air.

This solicitation provides the opportunity for the submission of applications for projects that may involve human subjects research. Human subjects research supported by the EPA is governed by EPA Regulation 40 CFR Part 26 (Protection of Human Subjects). This includes the Common Rule at subpart A and prohibitions and additional protections for pregnant women and fetuses, nursing women, and children at subparts B, C, and D. Research meeting the regulatory definition of intentional exposure research found in subpart B is prohibited by that subpart in pregnant women, nursing women, and children. Research meeting the regulatory definition of observational research found in subparts C and D is subject to the additional protections found in those subparts for pregnant women and fetuses (subpart C) and children (subpart D). All applications must include a Human Subjects Research Statement (HSRS, as described in Section IV.B.5.c), and if the project involves human subjects research, it will be subject to an additional level of review prior to funding decisions being made as described in Sections V.C and V.D of this solicitation.

Guidance and training for investigators conducting EPA-funded research involving human subjects may be obtained here:
http://www.epa.gov/osainter/phre/support.htm
http://www.epa.gov/osa/pdfs/phre/phre_course/index.htm

## B. Background

Recent advances in air pollution measurement techniques have led to the creation of low-cost, portable air pollution sensors that measure many different outdoor or indoor pollutants (Snyder et al., 2013). The pollutants measured by these sensors can have a variety of impacts on human health. Therefore, the information from these sensors can be used by individuals and

communities to better understand and avoid risks from air pollution (White et al., 2012). Yet there are important challenges and unknowns to be overcome regarding sensors to ensure their efficacy and utility; these challenges include understanding interest in their data and use by individuals and communities; data interpretation, handling, and sharing strategies; data quality; and the value of their information beyond that which comes from existing monitoring networks.

Portable sensors can provide a wealth of information on the spatial and temporal patterns of many air pollutants. Many new air sensors are able to directly output pollutant readings at a fast time resolution (seconds to minutes) and could support understanding local temporal and spatial trends of air quality. Spatial information on air pollution may be obtained through using a portable air monitor while in motion (hand-carried, on a bicycle, etc.) or using several air sensors situated over an area of interest. Such sensors can cover areas that fixed-site pollution monitors cannot. Multiple sensors in a network can provide information on pollutant concentrations across a whole area. These types of pollution sensors can let individuals understand the levels of pollution to which they are exposed, and they can lead to information as to which sources and source classes dominate exposure or risk. Non-regulatory low-cost sensor technology can supplement the existing air monitoring network and potentially provide valuable information to communities, states, tribes, and local entities. Much of this vision for the role of sensors is summarized in the [EPA Roadmap for Next Generation Air Monitoring](#).

The information that can be gained from the deployment and use of these sensors can empower individuals and communities to better understand their exposure environments and risks from air pollution (Vallano et al., 2012). However, because these technologies tend to be quite novel, concrete demonstrations of how sensors have been used to help communities take action to avoid exposure and risk are still rather few. Information on the added value to communities of sensors and sensor networks beyond existing monitoring, forecasting, and data outreach frameworks will help show the extent to which sensors can be used to enable communities and individuals take action in ways they currently cannot. Additionally, sensors may yield important information on pollutants such as air toxics for which there may not exist a robust monitoring network or forecasting framework. Exposures to air pollution can also occur both outdoors and indoors, from outdoor or indoor sources. The pollutants that contribute most to air pollution exposure may vary from one place to another: for example, some neighborhoods may have high concentrations of air toxics from a nearby point source or energy operations, some may be dominated by wood smoke, agricultural emissions, or traffic, and others may be dominated by regional-scale pollutants such as ozone. Many indoor pollutants originate from indoor sources, while others enter buildings from outdoors. Levels of some chemicals such as formaldehyde, which is ubiquitous indoors, are often higher indoors than outdoors. Sensors that provide information on the pollutants and sources that dominate a community's exposure can help the community take action to reduce pollution exposure.

How communities and individuals interact with air pollution sensors and sensor networks comprise an important area of research. There are many aspects of these interactions that are in need of study. For example, research on methodologies for engaging individuals with air pollution sensors and their data, or on ways to train communities and individuals in sensor operation, could help inform future sensor use. Another aspect of this question concerns the design of sensors and their interface with users and communities, including how communities

respond to different types of data output, data interpretation and sharing, etc. An important topic related to this is how individuals and communities react to various types of sensor data or data products: for example, are there certain data units or data products (such as websites) that are more effective for helping communities take action to reduce air pollution exposure? The output from the sensor to the user is an important component, as is whatever analysis is performed, or actions are taken, after measurements occur. Also related is the question of whether other data, such as meteorology, location, time of day, etc., are needed in order to interpret pollution sensor data. Sensor data can be shared with the community in many different ways. For example, websites can be a useful component of data sharing and distribution activities (such as how air quality information is currently posted on AirNow), as can community events, workshops, newsletters, social media, text messaging, or many other methods. It is also essential to understand attitudes toward sensor data and the extent to which communities and individuals who use sensors develop an accurate picture of the risks associated with their air pollution exposure.

The quality of data from low-cost portable air pollution sensors is another topic for which more research is needed. Existing monitoring networks generally employ very high quality measurement methods (such as Federal Reference Methods or Federal Equivalent Methods – FRM and FEM, respectively) for Clean Air Act-delineated criteria pollutants. However, these measurements are limited in their spatial coverage and their temporal resolution, and they are more expensive than portable sensors. Depending on what the data will be used for, quantifiable discrepancies from more expensive measurements (such as FRM or FEM) may be very reasonable.  For example, a community may want to have reliable information that a pollutant is indeed present and persistent at levels that could be of concern, but may not represent the actual accuracy or precision of a more expensive monitor.  Portable sensors may present a challenge for quality assurance and quality control (QA/QC) because of their size and cost constraints and because of their operation in the field by the general public, rather than trained scientists or technicians. A related issue to this is how sensor data quality changes in time, after sustained use under potentially harsh "real-world" conditions. A better understanding of sensor QA/QC will allow communities and state/local/tribal governments to understand the reliability of sensor measurements.

The spatiotemporal coverage and variety of chemical species able to be measured by low-cost portable air pollution sensors can be compared to those of existing monitoring networks, as well. For example, portable monitors could show how a pollutant is distributed spatially around a central-site monitor, and they could show the ways in which various pollutants relate uniquely to fixed-site monitor measurements. Such comparisons could also elucidate these spatial relationships to improve exposure estimates in epidemiological studies. The potential distribution and broad spatial coverage of portable air pollution sensors constitute a major strength of these technologies in helping communities learn more about local air pollution.

Given the potential for portable air pollution sensors to enable communities to reduce exposure and risk, substantial engagement with community groups is especially encouraged in this solicitation. Particularly of interest is research that will advance the ability of communities and individuals to take action to avoid air pollution exposure. More information about community engagement is given below, under "Specific Areas of Interest/Expected Outputs and Outcomes,"

in the instructions for the "Community engagement and communications plan," and in the Peer Review criteria.

The specific Strategic Goal and Objective from the EPA's Strategic Plan that relate to this solicitation are:

Goal 1: Addressing Climate Change and Improving Air Quality, Objective 1.2: Improve Air Quality

The EPA's FY 2014-2018 Strategic Plan can be found at:
http://www2.epa.gov/planandbudget/strategicplan

## C. Authority and Regulations

The authority for this RFA and resulting awards is contained in the Clean Air Act, Section 103, 42 U.S.C. 7403.

For research with an international aspect, the above statutes are supplemented, as appropriate, by the National Environmental Policy Act, Section 102(2)(F).

Note that a project's focus is to consist of activities within the statutory terms of EPA's financial assistance authorities; specifically, the statute(s) listed above. Generally, a project must address the causes, effects, extent, prevention, reduction, and elimination of air pollution, water pollution, solid/hazardous waste pollution, toxic substances control, or pesticide control depending on which statute(s) is listed above. These activities should relate to the gathering or transferring of information or advancing the state of knowledge. Proposals should emphasize this "learning" concept, as opposed to "fixing" an environmental problem via a well-established method. Proposals relating to other topics which are sometimes included within the term "environment" such as recreation, conservation, restoration, protection of wildlife habitats, etc., must describe the relationship of these topics to the statutorily required purpose of pollution prevention and/or control.

Applicable regulations include: 40 CFR Part 30 (Uniform Administrative Requirements for Grants and Agreements with Institutions of Higher Education, Hospitals, and Other Non-Profit Organizations), 40 CFR Part 31 (Uniform Administrative Requirements for Grants and Cooperative Agreements to State and Indian Tribal Governments) and 40 CFR Part 40 (Research and Demonstration Grants). Applicable OMB Circulars include: OMB Circular A-21 (Cost Principles for Educational Institutions) relocated to 2 CFR Part 220 (http://www.access.gpo.gov/nara/cfr/waisidx_08/2cfr220_08.html), OMB Circular A-87 (Cost Principles for State, Local and Indian Tribal Governments) relocated to 2 CFR Part 225 (http://www.access.gpo.gov/nara/cfr/waisidx_10/2cfr225_10.html), and OMB Circular A-122 (Cost Principles for Non-Profit Organizations) relocated to 2 CFR Part 230 (http://www.access.gpo.gov/nara/cfr/waisidx_07/2cfr230_07.html).

## D. Specific Areas of Interest/Expected Outputs and Outcomes

*Note to applicant:  The term "output" means an environmental activity, effort, and/or associated work products related to an environmental goal or objective, that will be produced or provided over a period of time or by a specified date.  The term "outcome" means the result, effect or consequence that will occur from carrying out an environmental program or activity that is related to an environmental or programmatic goal or objective.*

This RFA encourages collaboration among universities; non-profit organizations; state, tribal, and local agencies; and communities to propose and conduct air pollution monitoring studies relevant to community needs.  This RFA supports the research, development, deployment and/or demonstration of air pollution monitoring networks to engage and inform communities of their exposure to air pollution, providing them with scientific and technical tools traditionally used by universities and regulatory agencies.  This RFA focuses not on regulatory monitoring, but rather on the information low-cost air pollution sensors can provide for communities; additionally, funding research on unconventional oil and gas operations is not within the scope of the budget for this RFA. Specifically, this RFA explores how useful scientific data can be gathered and used by communities, whether low-cost portable air pollution sensors' data are reliable if compared to sophisticated or state-of-the-art monitoring technology (such as those that employ federal reference methods), and whether communities become more engaged in and with their environmental surroundings through such technical efforts.

The scientific data gathered can have both near- and long-term outcomes.  For example, in the near term, the data could assist state, tribal, and local agency responses to community concerns about air quality and environmental justice issues.  In the long term, the methods and techniques developed to interpret and understand sensor data could be used to tackle the challenge faced by states of increased air quality measurement needs with reduced resources. The outputs associated with this work could take many forms, including publication of methodologies in journals, posting of data on websites, or others.

Applicants should address **two or more** of the following research topics:

- How can low-cost portable air pollution sensors be used by communities to understand and reduce the pollutant concentrations to which they are exposed, in outdoor and/or indoor environments? This could include "criteria" air pollutants (http://www.epa.gov/air/urbanair/) or air toxics (http://www.epa.gov/air/toxicair/newtoxics.html).

- How do communities and individuals interact with low-cost portable air pollution sensors? What are effective distribution methodologies, training programs, design features, data products, etc., that maximize the value of sensors and their outputs for communities? What are effective methods for sharing and disseminating the information from low-cost portable air pollution sensors? How can such methods be evaluated for effectiveness in helping communities understand their exposure environment?

- What are effective methods for understanding, quantifying, or managing data quality from these sensors? How do measurement accuracy and measurement precision from these sensors compare to the accuracy and precision of existing traditional measurement methods? How well do sensors perform after sustained real-world use by communities?

- What additional information about the spatiotemporal patterns of air pollution can be gained by the use of sensors, beyond that which can be known from existing monitoring networks? How does the spatiotemporal coverage or chemical species coverage enabled by portable sensors compare to that of existing monitoring methods? Such a comparison could include spatial variability of portable monitor readings relative to fixed-site monitor concentrations, concentration ratios, daily and seasonal variations in concentrations and ratios, frequency and location of elevated values, or other aspects of local-central variation.

Substantial engagement with community groups is especially encouraged in this solicitation. Particularly of interest is research that will advance the ability of communities and individuals to take action to avoid air pollution exposure.  Collaborative interaction and involvement with the affected community members and stakeholders during the proposal development and through the life of the project are highly encouraged. Community-Engaged Research (CEnR) is a framework or orientation for conducting research that supports the premise that people ought to be involved in the decisions, as well as the cultivation of information those decisions are guided by, that affect their lives (Cornwall and Jewkes, 1995; Israel et al., 1998). CEnR also acknowledges that communities harbor a wealth of information about their own experiences and perspectives that may be used to positively inform and shape research endeavors. CEnR builds upon those strengths to help inform the research project and produce the results that may benefit both the academic or institutional researchers (henceforth referred to as just "researchers") and community partners (e.g. community-based organizations) (Israel et al., 2005). CEnR may incorporate both qualitative and quantitative methodologies and can be applied to a range of topics including environmental science and engineering, public health, and social sciences. CEnR is not a uniform approach, but can occur along a continuum in a variety of forms, from outreach, through more shared leadership/participatory research approaches (e.g. community-based participatory research) to community-driven/community-led research.

*Community* is defined as a group of people who are linked by social ties, share common perspectives, and engage in joint action within similar geographical locations or settings. Community is not only defined by a common geography; communities may also develop around a particular interest, issue, identity, or subject matter.

Five core elements that define community are:

- Locus (a sense of place) such as a city, town, village, tribes, neighborhood, workplace, etc.,
- Sharing common interests and perspectives,
- Joint action that bring people together,
- Social ties such as family and friends, and
- Diversity of people and perspectives (MacQueen, et al., 2001).

*Community-based organizations* refer to organizations that may be involved in the research process as members or representatives of the community.  In the case of this RFA, organizations such as local environmental organizations, public health organizations, local public health

departments, health professional associations, or non-governmental organizations are possible community partners.

A Community Engagement and Communications Plan (see Section IV.B.5.e) detailing the proposed methods for community engagement and communication should be provided. Active partnerships with community organizations are strongly encouraged. A wide range of communications options and methods for community involvement may be considered by the applicant. In the plan, the applicant should justify the methods of community engagement and communication with stakeholders. This plan should also make evident the project's relevance for communities and its potential for empowering communities and individuals to take action to reduce pollution exposure.

Applicants should be aware of the sensitivities of conducting research in communities and in partnering with community groups and the importance of shared resources (e.g. allocation of portion of budget to community partners), responsibility, and ownership, including communication and translation of study results. Communication and translation of study results are an important aspect of environmental research in communities, as they can help give significance and perspective to the results by showing what the measurements actually mean for communities and by reducing the risk of misinterpretation of the measurements. There is increased understanding and appreciation for community involvement in research, as it tends to provide impactful and long-term outcomes and outputs that are more responsive to community needs, more likely to identify risks that researchers had not appreciated, improve informed consent, increase study enrollment, enhance data validity and quality, build trust for research, and help translate research into public policy. Community involvement allows researchers to understand the views of the community in which research studies are conducted and to respond to those perspectives so that the risks of a research project are minimized and appropriate in light of the anticipated benefits of the findings as required by federal regulations on conducting research involving human subjects.

To the extent practicable, research proposals must embody innovation and sustainability. Innovation for the purposes of this RFA is defined as the process of making changes; a new method, custom or device. Innovative research can take the form of wholly new applications or applications that build on existing knowledge and approaches for new uses. Research proposals must include a discussion on how the proposed research is innovative (see Section IV.B.5.a). The concept of sustainability is based on language in the U.S. National Environmental Policy Act of 1969 (NEPA). This definition is reiterated in Executive Order 13514, Federal Leadership in Environment, Energy, and Economic Performance, stating that the goal of sustainability is to, "create and maintain conditions, under which humans and nature can exist in productive harmony, that permit fulfilling the social, economic, and other requirements of present and future generations." Research proposals must include a discussion on how the proposed research will seek sustainable solutions that protect the environment and strengthen our communities (see Section IV.B.5.a). ORD will draw from all of the above-mentioned innovation and sustainability definitions in the review/evaluation process of recommending research proposals (see Section V.A).

**E. References**

Cornwall, A., Jewkes, J. What is Participatory Action Research? Social Science & Medicine. 41:1667-76 (1995).

Israel, B., Schulz, A., Parker E., et al. Review of Community-Based Research: Assessing Partnership Approaches to Improve Public Health. Annual Review of Public Health, 19: 173-202 (1998).

Israel, B., Eng, E., Schulz, A., Parker, E. (eds.). *Methods in Community-Based Participatory Research for Health.* San Francisco, CA: Jossey-Bass (2005).

MacQueen, K., McLellan, E., Metzger, D., Kegeles, S., Strauss, R., Scotti, R., Blanchard, L., Trotter, R. What is community? An evidence-based definition for participatory public health. American Journal of Public Health, 91: 1929-1938 (2001).

Snyder, E., Watkins, T., Thoma, E., Williams, R., Solomon, P., Hagler, G., Shelow, D., Hindin, D., Kilaru, V., Preuss, P. Changing the paradigm for air pollution monitoring. Environmental Science and Technology, 47: 11369-11377 (2013).

Vallano, D., Snyder, E., Kilaru, V., Thoma, E., Williams, R., Hagler, G., Watkins, T.  Air Pollution Sensors.  Highlights from an EPA workshop on the evolution and revolution in low cost participatory air monitoring. Environmental Manager. December 2012.  28-33 (2012).

White, R., Paprotny, I., Doering, F., Cascio, W., Solomon, P., Gundel, L.  Sensors and "Apps" for Community-Based Atmospheric Monitoring.  Environmental Manager. May 2012. 36-46 (2012).

## F.  Special Requirements

Agency policy and ethical considerations prevent EPA technical staff and managers from providing applicants with information that may create an unfair competitive advantage. Consequently, EPA employees will not review, comment, advise, and/or provide technical assistance to applicants preparing applications in response to EPA RFAs.  EPA employees cannot endorse any particular application.

Multiple Investigator applications may be submitted as: (1) a single Lead Principal Investigator (PI) application with Co-PI(s) or (2) a Multiple PI application (with a single Contact PI).  If you choose to submit a Multiple PI application, you must follow the specific instructions provided in Sections IV. and V. of this RFA.  For further information, please see the EPA Implementation Plan for Policy on Multiple Principal Investigators (http://rbm.nih.gov/toolkit.htm).

This solicitation provides the opportunity for the submission of applications for projects that may involve human subjects research.  There are many scientific and ethical considerations that must be addressed in such studies by the study sponsor and research team, including, but not limited to, those related to recruitment, retention, participant compensation, third-party issues,

researcher-participant interactions, researcher-community interactions, communications, interventions, and education. All such research must comply with the requirements of 40 CFR Part 26, and any human observational exposure studies must also adhere to the principles set forth in the Scientific and Ethical Approaches for Observational Exposure Studies (SEAOES) (EPA/600/R-08/062) (http://www.epa.gov/nerl/sots/SEAOES_doc20080707.pdf) document. SEAOES, which was published by researchers in EPA and which discusses the principles for the ethical conduct of human research studies, serves as a resource for applicants interested in applying under this solicitation. References to "SEAOES Principles" in this solicitation refers, in general, to the issues of interest in conducting human subjects research studies that maintain the highest scientific and ethical standards and safety during the conduct of these studies. All applications must include a Human Subjects Research Statement (HSRS; described in Section IV.B.5.c) and if the project involves human subjects research, it will be subject to an additional level of review prior to funding decisions being made as described in Sections V.C and V.D of this solicitation.

The application should include a plan (see "Data Plan" in section IV.B.5.d) to make available to the NCER project officer all data generated (first produced under the award) from observations, analyses, or model development used under an agreement awarded from this RFA. The data must be available in a format and with documentation such that they may be used by others in the scientific community.

These awards may involve the collection of "Geospatial Information," which includes information that identifies the geographic location and characteristics of natural or constructed features or boundaries on the Earth or applications, tools, and hardware associated with the generation, maintenance, or distribution of such information. This information may be derived from, among other things, a Geographic Positioning System (GPS), remote sensing, mapping, charting, and surveying technologies, or statistical data.

A Community Engagement and Communications Plan (see Section IV.B.5.e) detailing the proposed methods for community engagement and communication should be provided (see Section I.D above and IV.B.5.e below for additional information).

## II. AWARD INFORMATION

It is anticipated that a total of approximately $4.5 million will be awarded under this announcement, depending on the availability of funds, quality of applications received, and other applicable considerations. The EPA anticipates funding approximately six awards under this RFA. Requests for amounts in excess of a total of $750,000, including direct and indirect costs, will not be considered. The total project period requested in an application submitted for this RFA may not exceed three years.

The EPA reserves the right to reject all applications and make no awards, or make fewer awards than anticipated, under this RFA. The EPA reserves the right to make additional awards under this announcement, consistent with Agency policy, if additional funding becomes available after the original selections are made. Any additional selections for awards will be made no later than six months after the original selection decisions.

In appropriate circumstances, EPA reserves the right to partially fund proposals/applications by funding discrete portions or phases of proposed projects. If EPA decides to partially fund a proposal/application, it will do so in a manner that does not prejudice any applicants or affect the basis upon which the proposal/application, or portion thereof, was evaluated and selected for award, and therefore maintains the integrity of the competition and selection process.

EPA may award both grants and cooperative agreements under this announcement.

Under a *grant,* EPA scientists and engineers are not permitted to be substantially involved in the execution of the research. However, EPA encourages interaction between its own laboratory scientists and grant Principal Investigators after the award of an EPA grant for the sole purpose of exchanging information in research areas of common interest that may add value to their respective research activities. This interaction must be incidental to achieving the goals of the research under a grant. Interaction that is "incidental" does not involve resource commitments.

Where appropriate, based on consideration of the nature of the proposed project relative to the EPA's intramural research program and available resources, the EPA may award *cooperative agreements* under this announcement. When addressing a research question/problem of common interest, collaborations between EPA scientists and the institution's principal investigators are permitted under a cooperative agreement. These collaborations may include data and information exchange, providing technical input to experimental design and theoretical development, coordinating extramural research with in-house activities, the refinement of valuation endpoints, and joint authorship of journal articles on these activities. **Proposals may not identify EPA cooperators or interactions; specific interactions between EPA's investigators and those of the prospective recipient for cooperative agreements will be negotiated at the time of award.**

## III. ELIGIBILITY INFORMATION

### A. Eligible Applicants

Public nonprofit institutions/organizations (includes public institutions of higher education and hospitals) and private nonprofit institutions/organizations (includes private institutions of higher education and hospitals) located in the U.S., state and local governments, Federally Recognized Indian Tribal Governments, and U.S. territories or possessions are eligible to apply. Profit-making firms are not eligible to receive assistance agreements from the EPA under this program.

Eligible nonprofit organizations include any organizations that meet the definition of nonprofit in OMB Circular A-122, located at 2 CFR Part 230. However, nonprofit organizations described in Section 501(c) (4) of the Internal Revenue Code that lobby are not eligible to apply.

Foreign governments, international organizations, and non-governmental international organizations/institutions are not eligible to apply.

National laboratories funded by Federal Agencies (Federally-Funded Research and Development Centers, "FFRDCs") may not apply. FFRDC employees may cooperate or collaborate with eligible applicants within the limits imposed by applicable legislation and regulations. They may participate in planning, conducting, and analyzing the research directed by the applicant, but may not direct projects on behalf of the applicant organization. The institution, organization, or governance receiving the award may provide funds through its assistance agreement from the EPA to an FFRDC for research personnel, supplies, equipment, and other expenses directly related to the research. However, salaries for permanent FFRDC employees may not be provided through this mechanism.

Federal Agencies may not apply. Federal employees are not eligible to serve in a principal leadership role on an assistance agreement, and may not receive salaries or augment their Agency's appropriations in other ways through awards made under this program.

The applicant institution may enter into an agreement with a Federal Agency to purchase or utilize unique supplies or services unavailable in the private sector to the extent authorized by law. Examples are purchase of satellite data, chemical reference standards, analyses, or use of instrumentation or other facilities not available elsewhere. A written justification for federal involvement must be included in the application. In addition, an appropriate form of assurance that documents the commitment, such as a letter of intent from the Federal Agency involved, should be included.

Potential applicants who are uncertain of their eligibility should contact Ron Josephson in NCER, phone: 703-308-0442, email: josephson.ron@epa.gov.

**B. Cost sharing**

Institutional cost-sharing is not required.

**C. Other**

Applications must substantially comply with the application submission instructions and requirements set forth in Section IV of this announcement or they will be rejected. In addition, where a page limitation is expressed in Section IV with respect to parts of the application, pages in excess of the page limit will not be reviewed. Applications must be submitted through grants.gov or by other authorized alternate means (see Section IV.E. "Submission Instructions and Other Submission Requirements" for further information) on or before the solicitation closing date and time in Section IV of this announcement or they will be returned to the sender without further consideration. Also, applications exceeding the funding limits or project period term described herein will be returned without review. Further, applications that fail to demonstrate a public purpose of support or stimulation (e.g., by proposing research which primarily benefits a Federal program or provides a service for a Federal agency) will not be funded.

Applications deemed ineligible for funding consideration will be notified within fifteen calendar days of the ineligibility determination.

## IV. APPLICATION AND SUBMISSION INFORMATION

**Additional provisions that apply to this solicitation and/or awards made under this solicitation, including but not limited to those related to confidential business information, contracts and subawards under grants, and proposal assistance and communications, can be found at http://www.epa.gov/ogd/competition/solicitation_provisions.htm These, and the other provisions that can be found at the website link, are important, and applicants must review them when preparing applications for this solicitation.   If you are unable to access these provisions electronically at the website above, please communicate with the EPA contact listed in this solicitation to obtain the provisions.**

**Formal instructions for submission through Grants.gov follow in Section E.**

### A.  Internet Address to Request Application Package

Use the application package available at Grants.gov (see Section E. "Submission Instructions and Other Submission Requirements").  Note: With the exception of the current and pending support form (available at http://epa.gov/ncer/rfa/forms), all necessary forms are included in the electronic application package.

An email will be sent by NCER to the Lead/Contact PI and the Administrative Contact (see below) to acknowledge receipt of the application and transmit other important information.  The email will be sent from receipt.application@epa.gov; emails to this address will not be accepted.  *If you do not receive an email acknowledgment within 30 days of the submission closing date, immediately inform the Eligibility Contact shown in this solicitation.  Failure to do so may result in your application not being reviewed.*  See Section E. "Submission Instructions and Other Submission Requirements" for additional information regarding the application receipt acknowledgment.

### B.  Content and Form of Application Submission

The application is made by submitting the materials described below.  **Applications must contain all information requested and be submitted in the formats described.**

### 1. Standard Form 424

The applicant must complete Standard Form 424.  Instructions for completion of the SF424 are included with the form.  (However, note that EPA requires that the entire requested dollar amount appear on the SF424, not simply the proposed first year expenses.)  The form must contain the signature of an authorized representative of the applying organization.

Applicants are required to provide a "Dun and Bradstreet Data Universal Numbering System" (DUNS) number when applying for federal grants or cooperative agreements.  Organizations may receive a DUNS number by calling 1-866-705-5711 or by visiting the web site at http://www.dnb.com.

Executive Order 12372, "Intergovernmental Review of Federal Programs," does not apply to the Office of Research and Development's research and training programs unless EPA has determined that the activities that will be carried out under the applicants' proposal (a) require an Environmental Impact Statement (EIS), or (b) do not require an EIS but will be newly initiated at a particular site and require unusual measures to limit the possibility of adverse exposure or hazard to the general public, or (c) have a unique geographic focus and are directly relevant to the governmental responsibilities of a State or local government within that geographic area.

If EPA determines that Executive Order 12372 applies to an applicant's proposal, the applicant must follow the procedures in 40 CFR Part 29. The applicant must notify their state's single point of contact (SPOC). To determine whether their state participates in this process, and how to comply, applicants should consult http://www.whitehouse.gov/omb/grants_spoc/. If an applicant is in a State that does not have a SPOC, or the State has not selected research and development grants for intergovernmental review, the applicant must notify directly affected State, area wide, regional and local entities of its proposal.

EPA will notify the successful applicant(s) if Executive Order 12372 applies to its proposal prior to award.

## 2. Key Contacts

The applicant must complete the "Key Contacts" form found in the Grants.gov application package. An "Additional Key Contacts" form is also available at http://epa.gov/ncer/rfa/forms. The Key Contacts form should also be completed for major sub-agreements (i.e., primary investigators). Do not include information for consultants or other contractors. Please make certain that all contact information is accurate.

For Multiple PI applications: The Additional Key Contacts form ***must*** be completed (see Section I.F. for further information). *Note: The Contact PI must be affiliated with the institution submitting the application. EPA will direct all communications related to scientific, technical, and budgetary aspects of the project to the Contact PI; however, any information regarding an application will be shared with any PI upon request.* The Contact PI is to be listed on the Key Contact Form as the Project Manager/Principal Investigator (the term Project Manager is used on the Grants.gov form, the term Principal Investigator is used on the form located on NCER's web site). For additional PIs, complete the Major Co-Investigator fields and identify PI status next to the name (e.g., "Name: John Smith, Principal Investigator").

## 3. Table of Contents
Provide a list of the major subdivisions of the application indicating the page number on which each section begins.

## 4. Abstract (1 page)

**The abstract is a very important document in the review process.** Therefore, it is critical that the abstract accurately describes the research being proposed and conveys all the essential

elements of the research.  Also, the abstracts of applications that receive funding will be posted on the NCER web site.

The abstract should include the information described below (a-h).  Examples of abstracts for current grants may be found on the NCER web site.

a.  Funding Opportunity Title and Number for this proposal.

b.  Project Title: Use the exact title of your project as it appears in the application.  The title must be brief yet represent the major thrust of the project.  Because the title will be used by those not familiar with the project, use more commonly understood terminology.  Do not use general phrases such as "research on."

c.  Investigators: For applications with multiple investigators, state whether this is a single Lead PI (with co-PIs) or Multiple PI application (see Section I.F.).  For Lead PI applications, list the Lead PI, then the name(s) of each co-PI who will significantly contribute to the project. For Multiple PI applications, list the Contact PI, then the name(s) of each additional PI. Provide a web site URL or an email contact address for additional information.

d.  Institution(s): In the same order as the list of investigators, list the name, city and state of each participating university or other applicant institution.  The institution applying for assistance must be clearly identified.

e.  Project Period and Location: Show the proposed project beginning and ending dates and the performance site(s)/geographical location(s) where the work will be conducted.

f.  Project Cost: Show the total funding requested from the EPA (include direct and indirect costs for all years).

g.  Project Summary: Provide three subsections addressing: (1) the objectives of the study (including any hypotheses that will be tested), (2) the experimental approach to be used (a description of the proposed project), and (3) the expected results (outputs/outcomes) of the project and how it addresses the research needs identified in the solicitation, including the estimated improvement in risk assessment or risk management that will result from successful completion of the proposed work.

h.  Supplemental Keywords: Without duplicating terms already used in the text of the abstract, list keywords to assist database searchers in finding your research.  A list of suggested keywords may be found at: http://epa.gov/ncer/rfa/forms.

**5. Research Plan, Quality Assurance Statement, Human Subjects Research Statement, Data Plan, Community Engagement and Communications Plan, and References**

a. Research Plan (15 pages)

Applications should focus on a limited number of research objectives that adequately and clearly demonstrate that they meet the RFA requirements.  Explicitly state the main hypotheses that you will investigate, the data you will create or use, the analytical tools you will use to investigate these hypotheses or analyze these data, and the results you expect to achieve.  Research methods must be clearly stated so that reviewers can evaluate the appropriateness of your approach and the tools you intend to use.  A statement such as: "we will evaluate the data using the usual statistical methods" is not specific enough for peer reviewers.

This description must not exceed fifteen (15) consecutively numbered (bottom center), 8.5x11-inch pages of single-spaced, standard 12-point type with 1-inch margins.  While these guidelines establish the minimum type size requirements, applicants are advised that readability is of paramount importance and should take precedence in selection of an appropriate font for use in the proposal.

The description must provide the following information:

(1) Objectives: List the objectives of the proposed research and the hypotheses being tested during the project, and briefly state why the intended research is important and how it fulfills the requirements of the solicitation.  This section should also include any background or introductory information that would help explain the objectives of the study.  If this application is to expand upon research supported by an existing or former assistance agreement awarded under the STAR program, indicate the number of the agreement and provide a brief report of progress and results achieved under it.

(2) Approach/Activities: Outline the research design, methods, and techniques that you intend to use in meeting the objectives stated above.

(3) Innovation: Describe how your project shifts current research or engineering paradigms by using innovative theoretical concepts, approaches or methodologies, instrumentation or interventions applicable to one or more fields of research.

(4) Sustainability: Describe how your project embodies the principles of sustainability and seeks sustainable solutions that protect the environment and strengthen our communities.  The sustainability primer (http://www.epa.gov/ncer/rfa/forms/sustainability_primer_v9.pdf) provides examples of research activities that promote and incorporate sustainability principles.

(5) Expected Results, Benefits, Outputs, and Outcomes: Describe the results you expect to achieve during the project (outputs) and the potential benefits of the results (outcomes).  This section should also discuss how the research results will lead to solutions to environmental problems and improve the public's ability to protect the environment and human health.  A clear, concise description will help NCER and peer reviewers understand the merits of the research.

(6) Project Management: Discuss other information relevant to the potential success of the project.  This should include facilities, personnel expertise/experience, project schedules

with associated milestones and target dates, proposed management, interactions with other institutions, etc. Describe the approach, procedures, and controls for ensuring that awarded grant funds will be expended in a timely and efficient manner and detail how project objectives will be successfully achieved within the grant period. Describe how progress toward achieving the expected results (outputs and outcomes) of the research will be tracked and measured. Applications for multi-investigator projects must identify project management and the functions of each investigator in each team and describe plans to communicate and share data.

(7) Appendices may be included but must remain within the 15-page limit.

b. Quality Assurance Statement (3 pages)
For projects involving environmental data collection or processing, conducting surveys, modeling, method development, or the development of environmental technology (whether hardware-based or via new techniques), provide a Quality Assurance Statement (QAS) regarding the plans for processes that will be used to ensure that the products of the research satisfy the intended project objectives. Follow the guidelines provided below to ensure that the QAS describes a system that complies with ANSI/ASQC E4, *Specifications and Guidelines for Quality Systems for Environmental Data Collection and Environmental Technology Programs*. Do not exceed three consecutively numbered, 8.5x11-inch pages of single-spaced, standard 12-point type with 1-inch margins.

**NOTE: If selected for award, applicants will be expected to provide additional quality assurance documentation.**

**Address each applicable section below by including the required information, referencing the specific location of the information in the Research Plan, or explaining why the section does not apply to the proposed research. (Not all will apply.)**

(1) Identify the individual who will be responsible for the quality assurance (QA) and quality control (QC) aspects of the research along with a brief description of this person's functions, experience, and authority within the research organization. Describe the organization's general approach for conducting quality research. *(QA is a system of management activities to ensure that a process or item is of the type and quality needed for the project. QC is a system of activities that measures the attributes and performance of a process or item against the standards defined in the project documentation to verify that they meet those stated requirements.)*

(2) Discuss project objectives, including quality objectives, any hypotheses to be tested, and the quantitative and/or qualitative procedures that will be used to evaluate the success of the project. Include any plans for peer or other reviews of the study design or analytical methods.

(3) Address each of the following project elements as applicable:

(a) Collection of new/primary data:

*(**Note:** In this case the word "sample" is intended to mean any finite part of a statistical population whose properties are studied to gain information about the whole. If certain attributes listed below do not apply to the type of samples to be used in your research, simply explain why those attributes are not applicable.)*

(i) Discuss the plan for sample collection and analysis. As applicable, include sample type(s), frequency, locations, sample sizes, sampling procedures, and the criteria for determining acceptable data quality (e.g., precision, accuracy, representativeness, completeness, comparability, or data quality objectives).

(ii) Describe the procedures for the handling and custody of samples including sample collection, identification, preservation, transportation, and storage, and how the accuracy of test measurements will be verified.

(iii) Describe or reference each analytical method to be used, any QA or QC checks or procedures with the associated acceptance criteria, and any procedures that will be used in the calibration and performance evaluation of the analytical instrumentation.

(iv) Discuss the procedures for overall data reduction, analysis, and reporting. Include a description of all statistical methods to make inferences and conclusions, acceptable error rates and/or power, and any statistical software to be used.

(b) Use of existing/secondary data (i.e., data previously collected for other purposes or from other sources):

(i) Identify the types of secondary data needed to satisfy the project objectives. Specify requirements relating to the type of data, the age of data, geographical representation, temporal representation, and technological representation, as applicable.

(ii) Specify the source(s) of the secondary data and discuss the rationale for selection.

(iii) Establish a plan to identify the sources of the secondary data in all deliverables/products.

(iv) Specify quality requirements and discuss the appropriateness for their intended use. Accuracy, precision, representativeness, completeness, and comparability need to be addressed, if applicable.

(v) Describe the procedures for determining the quality of the secondary data.

(vi) Describe the plan for data management/integrity.

(c) Method development:
*(**Note:** The data collected for use in method development or evaluation should be described in the QAS as per the guidance in section 3A and/or 3B above.)*

Describe the scope and application of the method, any tests (and measurements) to be conducted to support the method development, the type of instrumentation that will be used and any required instrument conditions (e.g., calibration frequency), planned QC checks and associated criteria (e.g., spikes, replicates, blanks), and tests to verify the method's performance.

(d) Development or refinement of models:
*(**Note**: The data collected for use in the development or refinement of models should be described in the QAS as per the guidance in section 3A and/or 3B above.)*

(i)  Discuss the scope and purpose of the model, key assumptions to be made during development/refinement, requirements for code development, and how the model will be documented.

(ii) Discuss verification techniques to ensure the source code implements the model correctly.

(iii) Discuss validation techniques to determine that the model (assumptions and algorithms) captures the essential phenomena with adequate fidelity.

(iv) Discuss plans for long-term maintenance of the model and associated data.

(e) Development or operation of environmental technology:
*(**Note**: The data collected for use in the development or evaluation of the technology should be described in the QAS as per the guidance in section 3A and/or 3B above.)*

(i)  Describe the overall purpose and anticipated impact of the technology.

(ii) Describe the technical and quality specifications of each technology component or process that is to be designed, fabricated, constructed, and/or operated.

(iii) Discuss the procedure to be used for documenting and controlling design changes.

(iv) Discuss the procedure to be used for documenting the acceptability of processes and components, and discuss how the technology will be benchmarked and its effectiveness determined.

(v)  Discuss the documentation requirements for operating instructions/guides for maintenance and use of the system(s) and/or process(s).

(f) Conducting surveys:
(Note: The data to be collected in the survey and any supporting data should be described in the QAS as per the guidance in section 3A and/or 3B above.)

Discuss the justification for the size of the proposed sample for both the overall project and all subsamples for specific treatments or tests. Identify and explain the rational for the proposed statistical techniques (e.g., evaluation of statistical power).

(4)  Discuss data management activities (e.g., record-keeping procedures, data-handling procedures, and the approach used for data storage and retrieval on electronic media). Include any required computer hardware and software and address any specific performance requirements for the hardware/software configuration used.

c. EPA Human Subjects Research Statement (HSRS) (6 pages)

All human research studies conducted or supported by EPA are governed by EPA regulations at 40 CFR Part 26 (Protection of Human Subjects; http://www.gpo.gov/fdsys/pkg/CFR-2010-title40-vol1/xml/CFR-2010-title40-vol1-part26.xml).  This includes the Basic Federal Policy for the Protection of Human Research Subjects, also known as the Common Rule, at subpart A and additional prohibitions and special protections for pregnant women, nursing women, and children in research conducted or supported by EPA at subparts B, C, and D.  Depending upon the type of research being conducted, additional subparts of 40 CFR Part 26 may be relevant.

Procedures for the review and oversight of human research subject to 40 CFR Part 26 are also provided in EPA Order 1000.17 Change A1 (http://www.epa.gov/phre/pdf/epa-order-1000_17-a1.pdf).  These include review of projects for EPA-supported human research by the EPA Human Subjects Research Review Official (HSRRO).  EPA Order 1000.17 Change A1 requires preliminary approval by the HSRRO of all proposed EPA-supported human research before the agreement can be entered into.  Additional requirements must be met and final approval received from the HSRRO before the research can begin.  When reviewing human observational exposure studies, EPA Order 1000.17 Change A1 requires the HSRRO to apply the principles described in the SEAOES document (http://www.epa.gov/nerl/sots/SEAOES_doc20080707.pdf) and grant approval only to studies that adhere to those principles.

All applications submitted under this solicitation must include a HSRS as described below. Please use the definitions below to determine whether the proposed research involves human subjects, and then prepare a HSRS as explained below in the "HSRS Requirements" section.

Definitions (from 40 CFR Part 26 Subparts A, B, and C) to determine the involvement of human subjects in proposed research:

- "Human subject" means a living individual about whom an investigator (whether professional or student) conducting research obtains (1) data through intervention or interaction with the individual, or (2) identifiable private information.
- "Intervention" includes both physical procedures by which data are gathered and manipulations of the subject or the subject's environment that are performed for research purposes.
- "Interaction" includes communication or interpersonal contact between investigator and subject.
- "Private information" includes information about behavior that occurs in a context in which an individual can reasonably expect that no observation or recording is taking place, and information which has been provided for specific purposes by an individual

and which the individual can reasonably expect will not be made public (for example, a medical record).

- "Individually identifiable" means the identity of the subject is or may readily be ascertained by the investigator or associated with the information.
- "Research involving the intentional exposure of a human subject" means a study of a substance in which the exposure to the substance experienced by a human subject participating in the study would not have occurred but for the human subject's participation in the study.  Research involving intentional human exposures have additional requirements based upon the 2004 NRC Report "Intentional Human Dosing Studies for EPA Regulatory Purposes" (http://www.nap.edu/catalog.php?record_id=10927) See Sections 9 - 15.
- "Observational research" means any human research that does not meet the definition of research involving intentional exposure of a human subject.

**Human Subjects Research Statement (HSRS) Requirements**

If the proposed research **does not** involve human subjects as defined above, provide the following statement in your application package as your HSRS:  "The proposed research does not involve human subjects."  Applicants should provide a clear justification about how the proposed research does not meet the definition (for example, all samples come from deceased individuals OR samples are purchased from a commercial source and provided without identifiers, etc.).

If the proposed research **does** involve human subjects, then include in your application package a HSRS that addresses each applicable section listed below, referencing the specific location of the information in the Research Plan, providing the information in the HSRS, or explaining why the section does not apply to the proposed research.  (Not all will apply.)  Please use the definitions provided above to ensure consistency in the interpretation of terminology.  Do not exceed **six** consecutively numbered, 8.5x11-inch pages of single-spaced, standard 12-point type with 1-inch margins.

NOTE:  Before EPA approves any research involving human subjects, the requirements of the regulations at 40 CFR Part 26 must be met.  Also, before EPA approves human observational exposure research, EPA will examine it to ensure consistency with the SEAOES Principles. The federal Office for Human Research Protections requires that federally funded human subjects research only be conducted at facilities covered by a Federalwide Assurance (FWA). An FWA is a document that designates the Institutional Review Board that will review and oversee the research, specifies the ethical principles under which the research will be conducted, and names the individuals who will be responsible for the proper conduct of the research. The factors below are not intended to be exhaustive of all those needed for the HSRRO to provide the final approval necessary for research to be conducted, but provide a basis upon which the HSRRO may grant the conditional approval necessary for the funding process to begin.

**Items 1 – 8 must be completed for all studies involving human subjects.  (For studies involving intentional exposures, also complete Items 9 -15.)**

(1) Human subjects involvement, characteristics, and design.

    (a) Describe and justify the proposed involvement of human subjects in the work being proposed.

    (b) Describe the characteristics of the subject population, including their anticipated number, age range, and health status if relevant.

    (c) Describe and justify the sampling plan, as well as the recruitment and retention strategies and the criteria for inclusion or exclusion of any subpopulations.

    (d) Describe the research material that will be obtained from or about living individuals in  the form of data, specimens, or records.

    (e) List any collaborating sites where human subjects research will be performed, and describe the role of those sites and collaborating investigators in the research.

    (f) Describe and justify any compensation being provided to subjects for their participation in the research.

    (g) Describe the plan for communicating individual and/or aggregate research results to participants, if relevant.

(2)  Potential risks to subjects.

    (a) Describe the potential risks to human subjects (physical, psychological, financial, legal, or other) and assess their likelihood and seriousness to the human subjects.

(3) Adequacy of protection against risks.

    (a) Describe planned procedures for protecting against or minimizing potential risks and assess their likely effectiveness.

    (b) Describe planned procedures for the process of obtaining and maintaining informed consent.  Include a description of the circumstances under which consent will be sought and obtained, who will seek it, the nature of the information to be provided to prospective subjects, and the method of documenting consent.

    (c) If waiver of some or all of the elements of informed consent or of documentation of consent will be sought, provide justification for the waiver.

    (d) Where appropriate, discuss the plans for ensuring necessary medical or professional intervention in the event of adverse effects to subjects.

(4) Protection of vulnerable groups, see 40 CFR Part 26, subparts C & D.

(a) Explain the rationale for the involvement of any vulnerable populations, including pregnant women, fetuses, and children if relevant.

(b) Describe the additional protections in place, if any, for protecting vulnerable populations included in the research.

(c) If children are included in the research, describe the process for obtaining parental permission and child assent if relevant.

(5) Protection of privacy and confidentiality.

(a) Describe how data, specimens, and/or records will be collected, managed, and protected, including at collaborating sites, if any, as well as at the primary site.

(b) Indicate who will have access to individually identifiable private information about human subjects.

(c) Describe any additional procedures for the protection of privacy and confidentiality of the human research subjects.

(d) Discuss any mandatory reporting requirements with the potential to come into play during the conduct of the research and describe how these will be communicated to participants if relevant.

(e) Discuss the potential of the research to obtain information about third parties and describe how this will be handled if it occurs.

(6) Relationship between researcher and community.

(a) If the research will take place in a community setting, describe the procedures in place for defining the community, obtaining its involvement in the research, and establishing and maintaining trust.

(7) Potential benefits of the research to the participants and others.

(a) Discuss the potential benefits of the research to the research participants and others.

(b) Discuss why the risks to subjects are reasonable in relation to the anticipated benefits.

(8) Importance of the knowledge to be gained.

(a) Discuss the importance of the knowledge to be gained as a result of the proposed research.

(b) Discuss why the risks to subjects are reasonable in relation to the importance of the knowledge that reasonably may be expected to result.

The following sections are to be completed for projects involving the intentional exposure of a human subject. Note that intentional exposure of children, pregnant women or nursing women is prohibited, according to 40 CFR Part 26, subpart B. If your proposal does not involve intentional exposures of humans, you may enter "non-applicable" for Sections 9 – 15.

(9) Projects involving intentional exposure of human subjects should only be considered if they have the potential of providing a clear health or environmental benefit or if acquisition of such information is not obtainable by any other means. In no case should the exposure cause lasting harm to study participants.

(a) Provide justification, in advance of being conducted, that the study could contribute to addressing an important scientific question that cannot be resolved on the basis of animal data or other study;

(b) Discuss how the study is designed in accordance with current scientific standards and practices to i) address the research question, ii) include representative study populations for the endpoint in question, and iii) meet requirements for adequate statistical power;

(c) Discuss how the study will be conducted in accordance with recognized good clinical practices, including appropriate monitoring for safety; and

(d) Confirm that the grantee will report comprehensively to their EPA Project Officer, providing the full study protocol, detailed analyses of the data and report any adverse events promptly.

(10) Value of Studies that Seek to Provide a Potential Public Health or Environmental Benefit

(a) Discuss the constitution of the IRB and their ability to consider whether a study has the potential of providing a clear health or environmental benefit to the community.

(11) Criteria for Scientific and Ethical Acceptability

(a) Confirm that the following necessary conditions for scientifically and ethically acceptable intentional human dosing studies have been satisfied:
(i) prior animal studies and, if available, human observational studies;
(ii) a demonstrated need for the knowledge to be obtained from intentional human dosing studies;
(iii) justification and documentation of a research design and statistical analysis that are adequate to address an important scientific question, including adequate power to detect appropriate effects;
(iv) an acceptable balance of risks and benefits, and minimization of risks to participants;
(v) equitable selection of participants;
(vi) free and informed consent of participants; and
(vii) review by an appropriately constituted IRB.

(12) Participant Selection Criteria

(a) Discuss how the project design ensures that the following conditions are met in selecting research participants: (i) Selection should be equitable; (ii) Selection of persons from vulnerable populations must be convincingly justified in the protocol, which also must justify the measures to be taken to protect those participants; (iii) Selection of individuals with conditions that put them at increased risk for adverse effects in such studies must be convincingly justified in the protocol, which also must justify the measures that investigators will use to decrease the risks to those participants to an acceptable level.

(13)  Payment for Participation

(a)  Discuss how IRBs, all relevant review boards, investigators, and research sponsors should ensure that payments to participants in intentional human dosing studies are neither so high as to constitute undue inducement nor so low as to be attractive only to individuals who are socio-economically disadvantaged.  Proposed levels of and purposes for remuneration (e.g., time, inconvenience, and risk) should be scrutinized in light of the principles of justice and respect for persons.

(14) Best Practices in Informed Consent

(a)  Discuss the proposed process regarding informed consent in intentional human dosing studies and how it compares to best practices.

(15) Compensation for Research-Related Injuries

(a) Discuss how you ensure that participants receive needed medical care for injuries incurred in the study, without cost to the participants.


d. Data Plan (2 pages)

Provide a plan to make all data resulting from an agreement under this RFA available in a format and with documentation/metadata such that they may be used by others in the scientific community.  This includes data first produced under the award, i.e., from observations, analyses, or model development collected or used under the agreement.  Applicants who plan to develop or enhance databases containing proprietary or restricted information must provide, within the two pages, a strategy to make the data widely available, while protecting privacy or property rights.

e. Community Engagement and Communications Plan (5 pages)

Provide a plan to detail strategies for community engagement and communication. More information on community engagement in research is given in Section I.D., above. Active partnerships with community organizations are strongly encouraged. In the plan, the applicant should justify the methods of community engagement and communication with stakeholders. This plan should make evident the project's relevance for communities and its potential for empowering communities and individuals to take action to reduce pollution exposure. There are

many possible methods that could be employed, including, but not limited to, the following illustrative examples:

Engagement
- Including substantial contributions from, or leadership by, community groups in proposal development and project execution
- Budgeting for subawards to eligible organizations for their involvement in the proposed research
- Assessing community needs and interest through workshops
- Partnering with community organizations to distribute sensors and train people in their use or in interpreting their data
- Forming an advisory board to gain diverse perspectives on various aspects of the project

Communications
- Analyzing, sharing, and communicating data in ways that maximize meaning and usefulness for communities and that lead to accurate lessons for communities and individuals
- Sharing data through a website or through other means
- Holding events to share research plans or research results
- Sharing information with a public health department, air quality management district, state environmental agency, etc., on the distribution or prevalence of air pollutants

f. References:  References cited are in addition to other page limits (e.g. research plan, quality assurance statement).

## 6. Budget and Budget Justification

a.  Budget

Prepare a master budget table using "SF-424A Budget Information for Non-Construction Programs" (aka SF-424A), available in the Grants.gov electronic application package and also at http://epa.gov/ncer/rfa/forms.  Only complete "Section B-Budget Categories".  Provide the object class budget category (a. - k.) amounts for each budget year under the "Grant Program, Function or Activity" heading.  Each column reflects a separate budget year.  For example, Column (1) reflects budget year 1.  The total budget will be automatically tabulated in column (5).

If a subaward is included in the application, provide a separate SF-424A and budget justification for the subaward.  Include the total amount for the subaward under "Other" in the master SF-424A.

Applicants may not use subagreements to transfer or delegate their responsibility for successful completion of their EPA assistance agreement.  Therefore, EPA expects that subawards or subcontracts should not constitute more than 40% of the total direct cost of the total project budget.  If a subaward/subcontract constitutes more than 40% of the total direct cost, additional justification may be required before award, discussing the need for the subaward/subcontract to

accomplish the objectives of the research project.  Please refer to
http://www.epa.gov/ogd/competition/solicitation_provisions.htm#Contracts_subawards if your
organization intends to identify specific contractors, including consultants, and subawardees in
your proposal.

Please note that institutional cost-sharing is not required.  However, if voluntary cost-sharing is
proposed, a brief statement concerning cost-sharing should be added to the budget justification.

b.  Budget Justification *[2 pages in addition to the Section IV.B.5. page limitations, not
including additions under No. (7) below to support subawards]*

Describe the basis for calculating the personnel, fringe benefits, travel, equipment, supplies,
contractual support, and other costs identified in the SF-424A.  The budget justification should
not exceed two consecutively numbered (bottom center), 8.5x11-inch pages of single-spaced,
standard 12-point type with 1-inch margins.

Budget information should be supported at the level of detail described below:

(1) Personnel: List all staff positions by title.  Give annual salary, percentage of time
assigned to the project, total cost for the budget period, and project role.  Compensation
paid for employees engaged in grant activities must be consistent with payments for
similar work within the applicant organization.  Note that for salaries to be allowable as a
direct charge to the award, a justification of how that person will be directly involved in
the project must be provided. General administrative duties such as answering
telephones, filing, typing, or accounting duties are not considered acceptable.

Below is a sample computation for Personnel:

| Position/Title | Annual Salary | % of Time Assigned to Project | Cost |
|---|---|---|---|
| Project Manager | $70,000 | 50% | $ 35,000 |
| Env. Specialist | $60,000 | 100% | $ 60,000 |
| Env. Health Tech | $45,000 | 100% | $ 45,000 |
| **Total Personnel** | | | **$140,000** |

Note this budget category is limited to persons employed by the applicant organization
ONLY.  Those employed elsewhere are classified as subawardees, contractors or
consultants. Contractors and consultants should be listed under the "Contractual" budget
heading while subawards made to eligible subrecipients are listed under the "Other"
budget heading.

(2) Fringe Benefits: Identify the percentage used and the basis for its computation. Fringe
benefits are for the personnel listed in budget category (1) above and only for the
percentage of time devoted to the project. Fringe benefits include but are not limited to
the cost of leave, employee insurance, pensions and unemployment benefit plans.  The
applicant should not combine the fringe benefit costs with direct salaries and wages in the
personnel category.

(3) Travel: Specify the estimated number of trips, purpose of each trip, number of travelers per trip, destinations, and other costs for each type of travel. Explain the need for any travel, paying particular attention to travel outside the United States.  Include travel funds for annual STAR program progress reviews (estimate for two days in Washington, D.C.) and a final workshop to report on results.

Below is a sample computation for Travel:

| Purpose of Travel | Location | Item | Computation | Cost |
|---|---|---|---|---|
| EPA STAR Progress Review | DC | Lodging | 4 people x $100 per night x 2 nights | $800 |
| | | Airfare | 4 people x $500 round trip | $2,000 |
| | | Per Diem | 4 people x $50 per day x 2 days | $400 |
| **Total Travel** | | | | **$3,200** |

(4) Equipment: Identify all tangible, non-expendable personal property to be purchased that has an estimated cost of $5,000 or more per unit and a useful life of more than one year. Details such as the type of equipment, cost, and a brief narrative on the intended use of the equipment for project objectives are required. Each item of equipment must be identified with the corresponding cost. General-purpose equipment (office equipment, etc.) must be justified as to how it will be used on the project. (Property items with a unit cost of less than $5,000 are considered supplies.)

(5) Supplies: "Supplies" means tangible property other than "equipment." Identify supplies to be used under the project.  This may include: software, office supplies, and laboratory supplies such as reagents, chemicals and glassware. Specifically identify computers to be purchased or upgraded.

(6) Contractual: Specify the amount you anticipate expending for services/analyses or consultants and specify the purpose of the contracts and estimated cost.  **Any procurement of services from individual consultants or commercial firms (including space for workshops) must comply with the competitive procurement requirements of 40 CFR Part 30.40-30.48 or 40 CFR 31.36, as appropriate. Please see http://www.epa.gov/ogd/competition/solicitation_provisions.htm#Contracts_subawards for more details.**

Examples of Contractual costs include:
    i. Consultants – Consultants are individuals with specialized skills who are paid at a daily or hourly rate.  EPA's participation in the salary rate (excluding overhead) paid to individual consultants retained by recipients or by a recipient's contractors or subcontractors is limited to the maximum daily rate for a Level IV of the Executive Schedule (formerly GS-18), to be adjusted annually.
    ii. Equipment Rental – When there is a need to rent equipment for use on the project, provide information on the type of equipment to be rented, the purpose or

use on the project, the length of time needed and the rental rate. Renting or leasing of equipment will require a lease vs. purchase cost analysis prior to approval.

iii. Facility Rental – When it is necessary to rent office or other facilities spaces for project implementation, and the space(s) are located off-site from the organization's main facility in space not owned by the applicant organization, the cost of the rent may be charged against the award as a contractual expense if the space is used specifically for the project. The budget justifications should provide details on the monthly rental charge and if the rent is pro-rated to the project.

iv. Service or Maintenance Contracts – Costs should be in direct correlation to the use of the equipment for the project (i.e., if a particular machine is used 50% of the time for the project, the project should only be charged 50% of the service/maintenance costs). Provide details of the type of equipment and the amount of the service contract to be paid from EPA funds.

v. Speaker/Trainer Fees – Information on speakers should include the fee and a description of the services they are providing.

(7) Other: List each item in sufficient detail for the EPA to determine the reasonableness of its cost relative to the research to be undertaken. "Other" items may include publication costs, long distance telephone charges, and photocopying costs.  Note that subawards, such as those with other universities for members of the research team, are included in this category. Subawards must have a separate 424A and budget justification, not to exceed one additional page each. **Subawards may not be used to acquire services from consultants or commercial firms.  Please see http://www.epa.gov/ogd/competition/solicitation_provisions.htm#Contracts_subawards for more details.**

(8) Indirect Costs: Indirect costs are those incurred by the applicant for a common or joint purpose that benefit more than one cost objective or project, and are not readily assignable to specific cost objectives or projects as a direct cost. In order for indirect costs to be allowable, the applicant must have a negotiated indirect cost rate (e.g., fixed, predetermined, final or provisional), or must have submitted a proposal to their cognizant agency. If indirect costs are included in the budget, identify the cognizant agency and the approved indirect rate.  If your organization does not have a cognizant agency, please note that in the budget justification and provide a brief explanation for how you calculated your indirect cost rate.

## 7. Resumes

Provide resumes for each investigator and important co-worker.  You may include resumes from staff of subawardees such as universities.  Do not include resumes of consultants or other contractors. The resume for each individual must not exceed two consecutively numbered (bottom center), 8.5x11-inch pages of single-spaced, standard 12-point type with 1-inch margins.

## 8.  Current and Pending Support

Complete a current and pending support form (provided at http://epa.gov/ncer/rfa/forms) for each investigator and important co-worker.  Do not include current and pending support for consultants or other contractors.  Include all current and pending research regardless of source.

***Note to all prospective applicants requiring multiple Current and Pending Support Form pages:*** Due to a limitation in Adobe Acrobat's forms functionality, additional pages cannot be directly inserted into the original PDF form and preserve the form data on the subsequent pages. Multiple page form submissions can be created in Acrobat 8 and later using the "PDF Package" option in the "Create PDF from Multiple Files" function. If you have an earlier version of Adobe Standard or Professional, applicants will need to convert each PDF page of the form to an EPS (Encapsulated Post Script) file before creating the PDF for submission.   The following steps will allow applicants with earlier versions of Adobe Standard or Professional to create a PDF package:

1. Populate the first page of the PDF, and save it as a EPS (Encapsulated Post Script) file.
2. Reopen the form, and populate it with the data for page 2. Save this page as a different EPS file.  Repeat for as many pages as necessary.
3. Use Acrobat Distiller to convert the EPS files back to PDF.
4. Open Acrobat Professional, and combine the individual pages into a combined PDF file.

## 9. Guidelines, Limitations, and Additional Requirements

a.  Letters of Intent/Letters of Support

*Letters of intent* to provide resources for the proposed research or to document intended interactions are limited to one brief paragraph committing the availability of a resource (e.g., use of a person's time or equipment) or intended interaction (e.g., sharing of data, as-needed consultation) that is described in the Research Plan.  Letters of intent are to be included as an addition to the budget justification documents.  EPA employees are not permitted to provide letters of intent for any application.

*Letters of support* do not commit a resource vital to the success of the proposal. A letter of support is written by businesses, organizations, or community members stating their support of the applicant's proposed project.  EPA employees are not permitted to provide letters of support for any application.

Note:  Letters of intent or support must be part of the application; letters submitted separately will not be accepted.  Any letter of intent or support that exceeds one brief paragraph (excluding letterhead and salutations), is considered part of the specific plan it is associated with (e.g., Research Plan or the Community Engagement and Communications Plan) and is included in the page limitation for that specific plan (e.g., 15 pages for the Research Plan or 5 pages for the Community Engagement and Communications Plan).  Any transactions between the successful applicant and parties providing letters of intent or support financed with EPA grant funds are subject to the contract and subaward requirements described here http://www.epa.gov/ogd/competition/solicitation_provisions.htm#Contracts_subawards.

b.  Funding Opportunity Number(s) (FON)

At various places in the application, applicants are asked to identify the FON.

**The Funding Opportunity Number for this RFA is:**
Air Pollution Monitoring for Communities, EPA-G2014-STAR-K1

c.  Confidentiality

By submitting an application in response to this solicitation, the applicant grants the EPA permission to make limited disclosures of the application to technical reviewers both within and outside the Agency for the express purpose of assisting the Agency with evaluating the application.  Information from a pending or unsuccessful application will be kept confidential to the fullest extent allowed under law; information from a successful application may be publicly disclosed to the extent permitted by law.

## C.  Submission Dates and Times

Applications **must be transferred to Grants.gov no later than 11:59:59 pm Eastern Time** on the solicitation closing date.  Applications transferred after the closing date and time will be returned to the sender without further consideration.  EPA will not accept any changes to applications after the closing date.

It should be noted that this schedule may be changed without prior notification because of factors not anticipated at the time of announcement.  In the case of a change in the solicitation closing date, a new date will be posted on the NCER web site (http://epa.gov/ncer/rfa/)
and a modification posted on www.grants.gov.

Solicitation Closing Date: ***Closing: October 7, 2014,*** 11:59:59 pm Eastern Time (applications ***must*** be submitted to Grants.gov by this time, see Section IV.E "Submission Instructions and Other Submission Requirements" for further information).

NOTE: Customarily, applicants are notified about evaluation decisions within six months of the solicitation closing date.  Awards are generally made 9-12 months after the solicitation closing date.

## D.  Funding Restrictions

The funding mechanism for all awards issued under STAR solicitations will consist of assistance agreements from the EPA.  All award decisions are subject to the availability of funds.  In accordance with the Federal Grant and Cooperative Agreement Act, 31 U.S.C. 6301 et seq., the primary purpose of an assistance agreement is to accomplish a public purpose of support or stimulation authorized by federal statute, rather than acquisition for the direct benefit or use of the Agency.  In issuing a grant, the EPA anticipates that there will be no substantial EPA involvement in the design, implementation, or conduct of the research.  However, the EPA will monitor research progress through annual reports provided by grantees and other contacts, including site visits, with the Principal Investigator(s).

If you wish to submit applications for more than one STAR funding opportunity you must ensure that the research proposed in each application is significantly different from any other that has been submitted to the EPA or from any other financial assistance you are currently receiving from the EPA or other federal government agency.

Collaborative applications involving more than one institution must be submitted as a single administrative package from one of the institutions involved.

Each proposed project must be able to be completed within the project period and with the initial award of funds.  Applicants should request the entire amount of money needed to complete the project.  Recipients should not anticipate additional funding beyond the initial award of funds for a specific project.

**E. Submission Instructions and Other Submission Requirements**

***Please read this entire section before attempting an electronic submission through Grants.gov.***

***If you do not have the technical capability to utilize the Grants.gov application submission process for this solicitation, send a webmail message to http://www.epa.gov/ncer/contact_us.html at least 15 calendar days before the submission deadline to assure timely receipt of alternate submission instructions.  In your message provide the funding opportunity number and title of the program, specify that you are requesting alternate submission instructions, and provide a telephone number, fax number, and an email address, if available.  Alternate instructions will be emailed whenever possible. Any applications submitted through alternate submission methods must comply with all the provisions of this RFA, including Section IV, and be received by the solicitation closing date identified above.***

***Note:  Grants.gov submission instructions are updated on an as-needed basis.  Please provide your Authorized Organizational Representative (AOR) with a copy of the following instructions to avoid submission delays that may occur from the use of outdated instructions.***

1. Preparing for Submission.  The electronic submission of your application must be made by an official representative of your institution who is registered with Grants.gov and is authorized to sign applications for Federal assistance.  For more information on the registration requirements that must be completed in order to submit an application through grants.gov, go to http://www.grants.gov and click on "Applicants" on the top of the page and then go to the "Get Registered" link on the page. If your organization is not currently registered with Grants.gov, please encourage your office to designate an Authorized Organization Representative (AOR) and ask that individual to begin the registration process as soon as possible. Please note that the registration process also requires that your organization have a DUNS number and a current registration with the System for Award Management (SAM) and the process of obtaining both could take a month or more.  Applicants must ensure that all registration requirements are met in order to apply for this opportunity through grants.gov and should ensure that all such requirements have been met well in advance of the submission deadline.  Registration on grants.gov, SAM.gov, and DUNS number assignment is FREE.

To begin the application process under this grant announcement, go to http://www.grants.gov and click on "Applicants" on the top of the page and then "Apply for Grants" from the dropdown menu and then follow the instructions accordingly. Please note: To apply through grants.gov, you must use Adobe Reader software and download the compatible Adobe Reader version. For more information about Adobe Reader, to verify compatibility, or to download the free software, please visit http://www.grants.gov/web/grants/support/technical-support/software/adobe-reader-compatibility.html

You may also be able to access the application package for this announcement by searching for the opportunity on http://www.grants.gov.  Go to http://www.grants.gov and then click on "Search Grants" at the top of the page and enter the Funding Opportunity Number, EPA-G2014-STAR-K1, or the CFDA number that applies to the announcement (CFDA 66.509), in the appropriate field and click the Search button.  Alternatively, you may be able to access the application package by clicking on the Application Package button at the top right of the synopsis page for the announcement on http://www.grants.gov.  To find the synopsis page, go to http://www.grants.gov and click "Browse Agencies" in the middle of the page and then go to "Environmental Protection Agency" to find the EPA funding opportunities.

2.  Acknowledgement of Receipt.  The complete application must be transferred to Grants.gov no later than 11:59:59 pm Eastern Time on the solicitation closing date (see "Submission Dates and Times").  Applications submitted through grants.gov will be time and date stamped electronically.  Grants.gov provides an on-screen notification of successful initial transfer as well as an email notification of successful transfer from Grants.gov to EPA.  While it is advisable to retain copies of these Grants.gov acknowledgements to document submission, *the only official documentation that the application has been received by NCER is the email acknowledgement sent by NCER to the Lead/Contact PI and the Administrative Contact.*  This email will be sent from receipt.application@epa.gov; emails to this address will not be accepted.  ***If an email acknowledgment from*** receipt.application@epa.gov ***has not been received within 30 days of the solicitation closing date, immediately inform the Eligibility Contact shown in this solicitation. Failure to do so may result in your application not being reviewed.***

3.  Application Package Preparation.  Your organization's AOR must submit your complete application package electronically to EPA through Grants.gov (http://www.grants.gov) no later than ***October 7, 2014***, 11:59:59 pm Eastern Time. Please allow for enough time to successfully submit your application process and allow for unexpected errors that may require you to resubmit.

Please submit all of the application materials described below using the grants.gov application package that you downloaded using the instructions above. For additional instructions on completing and submitting the electronic application package, click on the "Show Instructions" tab that is accessible within the application package itself.

The application package consists of the following mandatory documents.

(a)  Application for Federal Assistance (SF 424):  Complete the form except for the "competition ID" field.

(b)  EPA Key Contacts Form 5700-54:  Complete the form.  If additional pages are needed, see (d) below.

(c) SF-424A Budget Information for Non-Construction Programs: Only complete "Section B-Budget Categories".   Provide the object class budget category (a. - k.) amounts for each budget year under the "Grant Program, Function or Activity" heading. Each column reflects a separate budget year.

(d) Project Narrative Attachment Form (click on "Add Mandatory Project Narrative"): Attach a single electronic PDF file labeled "Application" that contains the items described in Section IV.B.3. through IV.B.9.a (Table of Contents, Abstract, Research Plan, Quality Assurance Statement, Human Subjects Research Statement, Data Plan, Community Engagement and Communications Plan, References, Budget Justification, Resumes, Current and Pending Support, and Letters of Intent/Support) of this solicitation. _In order to maintain format integrity, this file must be submitted in Adobe Acrobat PDF._ Please review the PDF file for conversion errors prior to including it in the electronic application package; requests to rectify conversion errors will not be accepted if made after the solicitation closing date and time. If Key Contacts Continuation pages (see http://epa.gov/ncer/rfa/forms) are needed, place them before the Table of Contents (Section IV.B.3.).

Once the application package has been completed, the "Submit" button should be enabled.  If the "Submit" button is not active, please call Grants.gov for assistance at 1-800-518-4726. Applicants who are outside the U.S. at the time of submittal and are not able to access the toll-free number may reach a Grants.gov representative by calling 606-545-5035.  Investigators should save the completed application package with two different file names before providing it to the AOR to avoid having to re-create the package should submission problems be experienced or a revised application needs to be submitted.  Note:  Revised applications must be submitted before the solicitation closing date and time.

4. Submitting the application.  The application package must be transferred to Grants.gov by an AOR.  The AOR should close all other software before attempting to submit the application package.  Click the "submit" button of the application package. Your Internet browser will launch and a sign-in page will appear.  ***Note:  Minor problems are not uncommon with transfers to Grants.gov.  It is essential to allow sufficient time to ensure that your application is submitted to Grants.gov BEFORE 11:59:59 pm Eastern Time on the solicitation closing date.***  The Grants.gov support desk operates 24 hours a day, seven days a week, except Federal Holidays.

A successful transfer will end with an on-screen acknowledgement.  For documentation purposes, print or screen capture this acknowledgement.  If a submission problem occurs, reboot the computer – turning the power off may be necessary – and re-attempt the submission.

Note:  Grants.gov issues a "case number" upon a request for assistance.

5. Transmission Difficulties.  If transmission difficulties that result in a late transmission, no transmission, or rejection of the transmitted application are experienced, and following the above instructions do not resolve the problem so that the application is submitted to Grants.Gov by the deadline date and time, follow the guidance below.  The Agency will make a decision concerning each late submission on a case-by-case basis as to whether it should be forwarded for peer review.  All emails, as described below, are to be sent to peterson.todd@epa.gov with the FON in the subject line.

Please note that if the application you are submitting is greater than 70 MB in size, please call or send an email message to the Electronic Submissions Contact listed for this RFA.  The Agency may experience technical difficulty downloading files of this size from Grants.gov.  Therefore, it is important that the Agency verify that the file can be downloaded.  The Agency will provide alternate submission instructions if the file cannot be downloaded.

(a)  If you are experiencing problems resulting in an inability to upload the application to Grants.gov, it is essential to call Grants.gov for assistance at 1-800-518-4726 before the application deadline.  Applicants who are outside the U.S. at the time of submittal and are not able to access the toll-free number may reach a Grants.gov representative by calling 606-545-5035.  Be *sure* to obtain a case number from Grants.gov.

(b)  Unsuccessful transfer of the application package: If a successful transfer of the application cannot be accomplished even with assistance from Grants.gov due to electronic submission issues, send an email message by 11:59:59 pm Eastern Time on the solicitation closing date. The email message must document the problem and include the Grants.gov case number as well as the entire application in PDF format as an attachment.

(c)  Grants.gov rejection of the application package:  If a notification is received from Grants.gov stating that the application has been rejected for reasons other than late submittal, promptly send an email to Todd Peterson (peterson.todd@epa.gov) with the FON in the subject line within one business day of the closing date of this solicitation.  The email should include any materials provided by Grants.gov and attach the entire application in PDF format.

## V. APPLICATION REVIEW INFORMATION

### A.  Peer Review

All eligible grant applications are reviewed by appropriate external technical peer reviewers based on the criteria and process described below.  This review is designed to evaluate each application according to its scientific merit.  The individual external peer reviewers include non-EPA scientists, engineers, social scientists, and/or economists who are accomplished in their respective disciplines and proficient in the technical subjects they are reviewing.

Prior to the external technical peer review panel meeting, all reviewers will receive electronic copies of all applications, as well as a full set of abstracts for the applications. Each application will be assigned to a minimum of three primary peer reviewers, one of whom will be assigned the role of Rapporteur. Each reviewer will be assigned up to approximately 10 applications on which to serve as a primary reviewer. During the review period leading up to the panel meeting,

primary reviewers will read the full set of abstracts and entire application package for each application they are assigned. They will also prepare a written individual evaluation for each assigned application that addresses the peer review criteria described below and rate the application with a score of excellent, very good, good, fair, or poor.

At the beginning of the panel meeting, each primary reviewer will report their ratings for the applications they reviewed.  Those applications receiving at least two ratings of *Very Good* or one rating of *Excellent* from among the primary reviewers will then be further discussed by the panel in terms of the peer review criteria below.  In addition, if there is one *Very Good* rating among the primary reviewers of an application, the primary reviewer, whose initial rating is the *Very Good*, may request discussion of the application by the peer review panel.  All other applications will be declined for further consideration.

After the discussion of an application by the panel, the primary reviewers may revise their initial ratings and if they do so, this will also be documented. The final ratings of the primary reviewers will then be translated by EPA into the final peer review score (excellent, very good, good, fair, or poor) for the application. This is reflected in a peer review results document developed by the Rapporteur which combines the individual initial and final evaluations of the primary reviewers and captures any substantive comments from the panel discussion. This score will be used to determine which applications undergo the internal programmatic review discussed below.  A peer review results document is also developed for applications that are not discussed.  However, this document is a consolidation of the individual primary reviewer initial evaluations, with an average of the scores assigned by the primary reviewers.

Peer reviewers consider an application's merit based on the criteria below.  Criteria 1-7 are listed in descending order of importance:

1. Research Proposal (criteria "1a" through "1h" are equal):
   a. The originality and creativity of the proposed research, the appropriateness and adequacy of the proposed research methods, and the Quality Assurance Statement.
   b. Practical and technically defensible approach that can be performed within the proposed time period.
   c. Research contributes to scientific knowledge in the topic area.
   d. The proposed research challenges and seeks to shift current research or engineering paradigms by using innovative theoretical concepts, approaches or methodologies, instrumentation or interventions applicable to one or more fields of research.
   e. Projected benefits of the proposed activity to society, such as improving the environment or human health.
   f. The proposed research embodies the principles of sustainability and seeks sustainable solutions that protect the environment and strengthen our communities.  The sustainability primer (http://www.epa.gov/ncer/rfa/forms/sustainability_primer_v9.pdf) provides examples of research activities that promote and incorporate sustainability principles.
   g. The results are disseminated broadly to enhance scientific and technological understanding.

h. The proposal is well prepared with supportive information that is self-explanatory or understandable.

2. Investigators: The qualifications of the Principal Investigator(s) and other key personnel, including research training, demonstrated knowledge of pertinent literature, experience, and publication records. All key personnel must make a significant time commitment to the project.

3. Responsiveness: The responsiveness of the proposal to the research needs identified for the research area. The proposal adequately addresses the objectives and special considerations specified by the RFA.

4. Community Engagement and Communications Plan: The effectiveness of the proposed research and the Community Engagement and Communications plan for assuring that communities are supportive of the proposed research and empowered to take action to reduce exposure to air pollution, either immediately or in the future. The methods of communication and the levels of community engagement are appropriate for the research topic and are likely to have a tangible benefit for communities.

5. Project management: The approach for ensuring successful achievement of project objectives is adequate and in accordance with the proposal's project schedule and milestones. The proposal adequately describes tracking and measuring of progress toward achieving expected results (outputs and outcomes). The approach, procedures, and controls for ensuring timely and efficient expenditure of awarded grant funds are well defined and acceptable.

6. Facilities and equipment: The availability and/or adequacy of the facilities and equipment proposed for the project. Note any deficiencies that may interfere with the successful completion of the research.

7. Budget: Although budget information does not reflect on the application's scientific merit, the reviewers are asked to provide their view on the appropriateness and/or adequacy of the proposed budget and its implications for the potential success of the proposed research. Input on requested equipment is of particular interest.

## B. Programmatic Review

Applications receiving final peer review scores of excellent or very good will then undergo an internal programmatic review, as described below, conducted by technical experts from the EPA, including individuals from the Office of Research and Development (ORD) and program and regional offices involved with the science or engineering proposed. All other applications are automatically declined.

Those applicants who received final scores of excellent or very good as a result of the peer review process will be asked to provide additional information for the programmatic review pertaining to the proposed Lead PI's (in the case of Multiple-PI applications, the Contact PI's) "Past Performance and Reporting History." The applicant must provide the EPA Project Officer

with information on the proposed Lead/Contact PI's past performance and reporting history under prior Federal agency assistance agreements (assistance agreements include grants and cooperative agreements but not contracts) in terms of: (i) the level of success in managing and completing each agreement, and (ii) history of meeting the reporting requirements under each agreement.

This information is required only for the proposed Lead/Contact PI's performance under Federal assistance agreements initiated within the last three years that were similar in size and scope to the proposed project.

The specific information required for each agreement is shown below, and must be provided within one week of EPA's request.  A maximum of three pages will be permitted for the response; excess pages will not be reviewed.  **Note: If no prior past performance information and/or reporting history exists, you will be asked to so state.**

1.  Name of Granting Agency.
2.  Grant/Cooperative agreement number.
3.  Grant/Cooperative agreement title.
4.  Brief description of the grant/cooperative agreement.
5.  A description of how the agreement is similar in size and scope to the proposed project and whether or not it was successfully managed and completed; if not successfully managed and completed, provide an explanation.
6.  Information relating to the proposed Lead/Contact PI's past performance in reporting on progress towards achieving the expected results (outputs/outcomes) under the agreement. Include the history of submitting timely progress/final technical reports, describe how progress towards achieving the expected results was reported/documented, and if such progress was not being made, provide an explanation of whether, and how, this was reported.
7.  Total (all years) grant/cooperative agreement dollar value.
8.  Project period.
9.  Technical contact (project officer), telephone number, and Email address (if available).

The purpose of the programmatic review is to ensure an integrated research portfolio for the Agency and help determine which applications to recommend for award.  In conducting the programmatic review, the EPA will consider information provided by the applicant and may consider information from other sources, including prior and current grantors and agency files.

The internal programmatic review panel will assess (relevance is more important than the Lead/Contact PI's past performance):

1.  The relevance of the proposed science to EPA research priorities.

2.  The proposed Lead/Contact PI's past performance under Federal agency assistance agreements (assistance agreements include grants and cooperative agreements but not contracts) initiated within the last three years that were similar in size and scope to the proposed project in two areas:  First, in successfully managing and completing these prior Federal assistance projects, including whether there is a satisfactory explanation for any lack of success.  Second, in

reporting progress toward achieving results (outputs/outcomes) under these agreements, including the proposed Lead/Contact PI's history of submitting timely progress/final technical reports that adequately describe the progress toward achieving the expected results under the agreements. Any explanation of why progress toward achieving the results was not made will also be considered. Applicants whose proposed Lead PI/Contact PI has no relevant past performance and/or reporting history, or for whom this information is not available, will be evaluated neither favorably nor unfavorably on these elements.

## C.  Human Subjects Research Statement (HSRS) Review

Applications being considered for funding after the Programmatic Review that involve human subjects research studies will have their HSRS reviewed by EPA's HSRRO prior to award. The HSRRO will review the information provided in the HSRS and the Research Plan to determine if the ethical treatment of human subjects is described in a manner appropriate for conditional approval to be granted.

## D.  Funding Decisions

Final funding decisions are made by the NCER Director based on the results of the peer review and the internal programmatic review and, where applicable, the EPA HSRRO's assessment of the applicant's HSRS (see Section IV.B.5.c). In addition, in making the final funding decisions, the NCER Director may also consider program balance and available funds. Applicants selected for funding will be required to provide additional information listed below under "Award Notices." The application will then be forwarded to EPA's Grants and Interagency Agreement Management Division for award in accordance with the EPA's procedures.

## VI. AWARD ADMINISTRATION INFORMATION

## A.  Award Notices

Customarily, applicants are notified about evaluation decisions within six months of the solicitation closing date. A Peer Review Results document summarizing the scientific review will be provided to each applicant with an award or declination letter.

Applicants to be recommended for funding will be required to submit additional certifications and an electronic version of the revised project abstract. They may also be asked to provide responses to comments or suggestions offered by the peer reviewers and/or submit a revised budget. EPA Project Officers will contact the Lead PI/Contact PI to obtain these materials. Before or after an award, applicants may be required to provide additional quality assurance documentation.

The official notification of an award will be made by the Agency's Grants and Interagency Agreement Management Division. Applicants are cautioned that only a grants officer is authorized to bind the Government to the expenditure of funds; preliminary selection by the NCER Director in the Office of Research and Development does not guarantee an award will be made. For example, statutory authorization, funding, or other issues discovered during the award

process may affect the ability of EPA to make an award to an applicant.  The award notice, signed by an EPA grants officer, is the authorizing document and will be provided through electronic or postal mail.

## B.  Disputes

Disputes related to this assistance agreement competition will be resolved in accordance with the dispute resolution procedures set forth in 70 FR 3629, 3630 (January 26, 2005) which can be found at http://www.epa.gov/ogd/competition/resolution.htm.  Questions regarding disputes may be referred to the Eligibility Contact identified below.

## C.  Administrative and National Policy Requirements

**Additional provisions that apply to this solicitation and/or awards made under this solicitation, including but not limited to those related to DUNS, SAM, copyrights, disputes, and administrative capability, can be found at http://www.epa.gov/ogd/competition/solicitation_provisions.htm These, and the other provisions that can be found at the website link, are important, and applicants must review them when preparing applications for this solicitation.  If you are unable to access these provisions electronically at the website above, please communicate with the EPA contact listed in this solicitation to obtain the provisions.**

Expectations and responsibilities of NCER grantees *and* cooperative agreement holders are summarized in this section, although the terms grant and grantee are used.  See http://www.epa.gov/ncer/guidance for the full terms and conditions associated with an award, including which activities require prior approval from the EPA.

**1. Meetings:** Principal Investigators will be expected to budget for, and participate in, All-Investigators Meetings (also known as progress reviews) approximately once per year with EPA scientists and other grantees to report on research activities and discuss issues of mutual interest.

**2. Approval of Changes after Award:** Prior written approval of changes may be required from EPA. Examples of these changes are contained in 40 C.F.R. 30.25.  Note: prior written approval is also required from the EPA Award Official for incurring costs more than 90 calendar days prior to award.

**3. Human Subjects:** A grant applicant must agree to meet all EPA requirements for studies using human subjects prior to implementing any work with these subjects.  These requirements are given in 40 CFR Part 26.  Studies involving intentional exposure of human subjects who are children or pregnant or nursing women are prohibited by Subpart B of 40 CFR Part 26.  For observational studies involving children or pregnant women and fetuses please refer to Subparts C & D of 40 CFR Part 26.  U.S. Department of Health and Human Services regulations at 45 CFR Part 46.101(e) have long required "... compliance with pertinent Federal laws or regulations which provide additional protection for human subjects."  EPA's regulation 40 CFR Part 26 is such a pertinent Federal regulation.  Therefore, the applicant's Institutional Review Board (IRB) approval must state that the applicant's study meets the EPA's regulations at 40 CFR Part 26.  No

work involving human subjects, including recruiting, may be initiated before the EPA has received a copy of the applicant's IRB approval of the project and the EPA has also provided approval. Where human subjects are involved in the research, the recipient must provide evidence of subsequent IRB reviews, including amendments or minor changes of protocol, as part of annual reports.

Guidance and training for investigators conducting EPA-funded research involving human subjects may be obtained here:
http://www.epa.gov/osainter/phre/support.htm
http://www.epa.gov/osa/pdfs/phre/phre_course/index.htm

**4. Data Access and Information Release:** After award, all data first produced under the award must be made available to the NCER Project Officer without restriction and be accompanied by comprehensive metadata documentation adequate for specialists and non-specialists alike to be able to understand how and where the data were obtained and to evaluate the quality of the data. If requested, the data products and their metadata must be provided to the NCER Project Officer in a standard exchange format no later than the due date of the grant's final report or the publication of the data product's associated results, whichever comes first.

Congress, through OMB, has instructed each federal agency to implement Information Quality Guidelines designed to "provide policy and procedural guidance...for ensuring and maximizing the quality, objectivity, utility, and integrity of information, including statistical information, disseminated by Federal agencies." The EPA's implementation may be found at http://www.epa.gov/quality/informationguidelines/. These procedures may apply to data generated by grant recipients if those data are disseminated as described in the Guidelines.

**5. Reporting:**
A grant recipient must agree to provide annual progress reports, with associated summaries, and a final report with an executive summary. The summaries will be posted on NCER's website.

A grant recipient must agree to provide copies of any peer reviewed journal article(s) resulting from the research during the project period. In addition, the recipient should notify the NCER Project Officer of any papers published after completion of the grant that were based on research supported by the grant. NCER posts references to all publications resulting from a grant on the NCER web site.

**6. Acknowledgement of EPA Support:** EPA's full or partial support must be acknowledged in journal articles, oral or poster presentations, news releases, interviews with reporters and other communications. Any documents developed under this agreement that are intended for distribution to the public or inclusion in a scientific, technical, or other journal shall include the following statement:

This publication [article] was developed under Assistance Agreement No._____ awarded by the U.S. Environmental Protection Agency to [*name of recipient*]. It has not been formally reviewed by EPA. The views expressed in this document are solely those of [*name*

*of recipient or names of authors*] and do not necessarily reflect those of the Agency.  EPA does not endorse any products or commercial services mentioned in this publication.

A graphic that may be converted to a slide or used in other ways, such as on a poster, is located at http://epa.gov/ncer/guidance/star_images.html.  EPA expects recipients to use this graphic in oral and poster presentations.

## VII. AGENCY CONTACTS

Further information, if needed, may be obtained from the EPA contacts indicated below. Information regarding this RFA obtained from sources other than these Agency Contacts may not be accurate.  Email inquiries are preferred.

Technical Contact: Sherri Hunt; phone: 703-347-8042; email: hunt.sherri@epa.gov
Eligibility Contact: Ron Josephson; phone: 703-308-0442; email: josephson.ron@epa.gov
Electronic Submissions: Todd Peterson; phone: 703-308-7224; email: peterson.todd@epa.gov