EXHIBIT 5

TO

DECLARATION OF NANDAN M. JOSHI



# Air Sensor Loan Programs

EPA has established air sensor loan programs independently and through collaborations with libraries, tribes, museums, and others to enable the public to learn about air quality in their communities. These programs bring air sensor technology to the public for supplemental monitoring and educational purposes.

Each loan program listed here was developed independently. Therefore, the goals, structure, eligibility, and equipment available from each program are different. The programs were funded and started at different points in time so some programs may be more mature than others. The summaries below briefly describe each program, provide information about their current loan status, and provide a point of contact for additional information.

In addition, known air sensor loan programs available through other government and nonprofit organizations are listed as a courtesy to help the public connect to these resources. If you have an air sensor loan program that you would like added to this list, please use the "Contact Us" link at the bottom of the page.

The following resources may also be useful for starting and supporting sensor loan programs:

- **Best Practices Guide for Starting an Air Sensor Loan Program**: This guide, formatted as presentation slides, summarizes lessons learned from the pilot air sensor loan programs and tips for starting a loan program.
- **EPA Tools and Resources Webinar** <https://epa.gov/research-states/epas-air-sensor-loan-pilot-programs-successes-new-resources-and-lessons-learned>: This webinar discusses some of the successes, resources created, and lessons learned from pilot air sensor loan programs (recording is approximately 45 minutes). Webinar slides are also available.

- **Educational Resources** <https://epa.gov/air-sensor-toolbox/educational-resources-related-air-sensor-technology>: A webpage featuring complementary educational resources including lesson plans, a resource guide, frequently asked questions, and background material about air quality and air sensors.

**Disclaimer:** Mention of trade names or commercial products does not constitute US EPA endorsement or recommendation for use. As a reminder, air sensors are not appropriate for regulatory monitoring applications.

**Note:** Some programs offer sensors that measure different sizes of particulate matter. Research has shown that, many air sensors do not reliably measure particles with diameters generally less than 10 micrometers ($PM_{10}$), despite claiming to do so. This is largely because particles with diameters larger than 2.5 micrometers are not measured. These sensors are denoted with a '*' below.

*Information on this page was last updated on May 201, 2025. Please see contacts listed for each loan program to get more recent updates.*

# Find an Air Sensor Loan Program

EPA has ten regional offices, each of which is responsible for different states and, in some cases, territories. To find information about loan programs available in your Region, select your state or territory from the list or click on the map below.

Loan programs may only be available within select states or cities.

| Alabama ▼ | GO |



# EPA Region 1

## Community Air Sensor Loan Programs

EPA Region 1 maintains two Community Air Sensor Loan Programs, one is for ambient (outdoor) air sensor loan projects, managed by the regional laboratory in North Chelmsford, MA and the other is for indoor air sensor loan projects, managed by the regional headquarters office in Boston, MA. The criteria of each program differ slightly and are differentiated in the applicable sections below. To request an application, please contact the applicable program manager using the contact information below.

The main purpose of implementing these community air sensor loan programs is to provide the opportunity for local community groups located in the six New England states to learn about and investigate ambient and indoor fine particulate matter ($PM_{2.5}$) issues in their communities. The loan programs can empower users to make changes to reduce their exposure to pollutants. The data will be gathered by borrowers but may be reviewed by state, tribal, and federal air regulators. The monitoring data will not be used for comparison to federal ambient air quality standards.

# Indoor Air Sensor Loan Program

**Description:** This Community Air Sensor Loan Program will offer sensors solely for educational purposes, whereby any data collected will be used for the benefit of the borrower only and will not be used by EPA Region 1.

**Equipment available for loan:**

- **PurpleAir Sensor (PA-II-SD)** - stationary sensor that measures fine particulate matter ($PM_{2.5}$); for outdoor and indoor use; plug-in electricity powered; downloadable data collected locally on a microSD card or connected to Wi-Fi for private or public data streaming on the PurpleAir Map website.

**Eligibility**: New England non-profit organizations, academic institutions, local municipal governments, public institutions (like libraries), and other community organizations interested in learning more about air quality, how actions may affect $PM_{2.5}$ concentrations, and how to reduce exposure to $PM_{2.5}$. Eligibility requirements may vary by program, reach out to the contact below for more details.

**Training**: EPA Region 1 staff will provide guidance and training to accepted borrowers on quality assurance requirements prior to the deployment of the sensors. A Standard Operating Procedure for the PurpleAir sensor will be shared and includes instructions for installing, connecting, and troubleshooting the sensors. Other reference materials and websites are also provided. EPA Region 1 staff are available for virtual assistance with any issues that may arise, and in-person assistance if the borrower is within reasonable travel distance.

**Shipping:** Cost of shipping equipment to participants is covered by EPA Region 1. Participants are responsible for the cost of return shipping or delivery to EPA's regional laboratory in North Chelmsford, MA after the loan is complete.

**Application:** For application details, please reach out to the contact listed below.

Prospective applicants can apply to the indoor program at any time of the year, with applications accepted on rolling basis. Loans typically last for a 1-month period (though a longer period can be negotiated upfront, or the loan can be extended if there is sensor availability).

Eligible borrowers must submit a complete application describing the project background, timeline, goals and objectives; attest and adhere to quality assurance measures; complete required reading of air sensor guidance prior to sensor deployment; and submit a final project report no later than 90 days after the end of the loan period.

**Contact:**

Madeline Isenberg (Isenberg.madeline@epa.gov) or 617-918-1271

# Ambient Air Sensor Loan Program

**Description:** This Community Air Sensor Loan Program will offer sensors for various monitoring applications, including supplemental network, source-oriented, and educational projects.

**Equipment available for loan:**

- **PurpleAir Sensor (PA-II-SD)** - stationary sensor that measures fine particulate matter ($PM_{2.5}$); for outdoor and indoor use; plug-in electricity powered; downloadable data collected locally on a microSD card or connected to Wi-Fi for private or public data streaming on the PurpleAir Map website.

**Eligibility**: New England non-profit organizations, academic institutions, local municipal governments, public institutions (like libraries), and other community organizations interested in learning more about air quality, how actions may affect $PM_{2.5}$ concentrations, and how to reduce exposure to $PM_{2.5}$. Eligibility requirements may vary by program, reach out to the contact below for more details.

**Training**: EPA Region 1 staff will provide guidance and training to accepted borrowers on quality assurance requirements prior to the deployment of the sensors. A Standard Operating Procedure for the PurpleAir sensor will be shared and includes instructions for installing, connecting, and troubleshooting the sensors. Other reference materials and websites are also provided. EPA Region 1 staff are available for virtual assistance with any issues that may arise, and in-person assistance if the borrower is within reasonable travel distance.

**Shipping:** Cost of shipping equipment to participants is covered by EPA Region 1. Participants are responsible for the cost of return shipping or delivery to EPA's regional laboratory in North Chelmsford, MA after the loan is complete.

**Application:** For application details, please reach out to the contact listed below.

Applications are due biannually on April 1st and October 1st of each calendar year.

Eligible borrowers must submit a complete application describing the project background, length of loan (commonly between 3 to 12 months), goals and objectives; attest and adhere to quality assurance measures; complete required reading of air sensor guidance prior to sensor deployment; and submit a final project report no later than 90 days after the end of the loan period.

**Contact:**

Michelle Coombs (coombs.michelle@epa.gov) or 617-918-8665

---

# Ambient Air Sensor Loan Program for State and Tribal Partners

**Description:** The EPA Region 1 Ambient Air Sensor Loan Program for State and Tribal Partners is based out of the regional laboratory in North Chelmsford, MA. The goal of the program is to provide New England state and tribal partners with the opportunity to use air sensors to investigate ambient (outdoor) air quality issues within their states.

**Equipment available for loan:**

- **PurpleAir Sensor (PA-II-SD)** – a stationary sensor that measures $PM_{2.5}$; for outdoor and indoor use; plug-in electricity powered; downloadable data collected locally on a microSD card or connected to Wi-Fi for private or public data streaming on the PurpleAir Map website.

- **2B Technologies Model 202 Ozone Monitor™** – a stationary sensor designed to collect accurate and precise measurements of ozone ranging from low ppb (precision of ~1.5 ppb) up to 250,000 ppb (0-250 ppm) based on the well-established technique of absorption of UV light at 254 nm. While it is a stationary monitor, the 2B ozone monitor can easily and quickly be moved from location to location. In addition to being easy to handle physically, it is powered by 12-volt DC current, as part of "portability." It can store minute ozone data for up to 14 days without the need to manually download the data, making it an ideal option for special studies.
- **Sensit RAMP** – A stationary, solar-powered sensor designed to collect ambient gaseous and particulate matter measurements, temperature, humidity, and meteorological conditions using an anemometer.
- **Sensit S-POD** – A stationary, solar-powered sensor that measures ambient volatile organic compounds (VOC) and meteorological parameters using an anemometer to detect VOC emission plumes. It is also equipped with automated sample collection hardware to collect canister samples for later quantitative analysis.

**Eligibility:** New England state or tribal air quality agencies professionally trained in Quality Assurance Project Plans (QAPPs), standard operating procedures (SOPs), and data collection methods for ambient air monitoring are eligible to apply.

**Training**: Standard Operating Procedures for all sensors are included with the loan that serve as the training and operating manual, and include instructions for installing, connecting, and troubleshooting the sensors. Other reference materials and websites are also provided. EPA Region 1 staff are available for technical assistance with any issues that may arise, and in-person assistance if the participant is within reasonable travel distance.

**Shipping:** Cost of shipping equipment to participants is covered. Participants are responsible for the cost of return shipping or delivery to EPA's regional laboratory in North Chelmsford, MA after the loan is complete.

**Application**: For application details, please reach out to the contact listed below. There is a formal application process required to participate in the program, in which an application shall be submitted detailing the project request, length of loan (commonly

between 3 to 12 months), and other pertinent information. Applications are accepted on a rolling basis. A final report detailing the project summary, lessons learned, etc. will be submitted no later than ninety (90) days after end of the loan period.

**Main Contact:**

Michelle Coombs (coombs.michelle@epa.gov) or 617-918-8665

**Other Contacts:**

Tyler Way (Way.Tyler@epa.gov) or 617-918-1753

Alysha Murphy (Murphy.Alysha@epa.gov) or 617-918-8381

# EPA Region 2

## Portable Air Monitoring Loan Program for State, Local, and Indian Nations

**Description:** This loan program in EPA's Region 2 Office is designed to provide portable air monitoring equipment for use for responding to informational monitoring requests relating to air quality in New Jersey, New York, Puerto Rico, U.S. Virgin Islands, and eight Indian Nations.

**Equipment available for loan:** A specific list of equipment will be available when the loan program launches in 2023. The loan equipment will include:

- Air monitoring equipment
- Meteorological equipment
- Solar panels and batteries

**Eligibility:** Professional state, local, or Indian Nation air quality staff members in New Jersey, New York, Puerto Rico, U.S. Virgin Islands, and eight Indian Nations.

**Training**: The equipment can only be used by state, local, or Indian Nation air quality staff trained in Quality Assurance Project Plans (QAPP), standard operating procedures (SOPs), and data collection methods. EPA Region 2's air monitoring team will work with

interested state, local, or Indian Nation air quality staff to determine when, where, and which air monitoring device would best meet their specific need.

**Additional information**: More information to follow. Anticipated program launch in spring 2023.

**Contact:**

- Sarah Pender (pender.sarah@epa.gov) or (212) 637-3367

---

# Air Sensor Loan Program for Participatory Scientists

**Description:** EPA's Region 2 Office has portable particulate matter (PM) sensors available for loan to the public. This loan program will help the public gain knowledge and improve public health by collecting their own local air quality data. This loan program is intended for informational and educational purposes only and should not be used for regulatory purposes.

**Equipment available for loan:**

- **PurpleAir PA-II-SD\* –** stationary sensor that measures fine particulate matter ($PM_{2.5}$); for outdoor and indoor use; plug-in powered; data available locally on the microSD card or connected to WiFi for private or public data streaming.
- **PurpleAir PA-I-Indoor\* –** stationary sensor that measures $PM_{2.5}$; for indoor use; plug-in powered.

**Eligibility:** Individuals, community groups, schools, and other interested organizations in New Jersey, New York, Puerto Rico, U.S. Virgin Islands, and eight Indian Nations.

**Training:** A Standard Operating Procedure (SOP) for the PurpleAir sensor will be included with the loan. The SOP serves as an operating manual that includes instructions for installing, connecting, and troubleshooting the sensors. EPA Region 2 staff are available for assistance with issues that may arise.

**Additional information:** The program is anticipated to launch in spring 2023. The cost of shipping to users is covered. Users are responsible for the cost of return shipping or delivery to the EPA Region 2 office after the loan is complete.

**Contact:**

- Rachael Leta-Graham (letagraham.rachael@epa.gov)

# EPA Region 3

## Sensor Loan Program for State, Local, Tribal, and Community Use in the Mid–Atlantic

**Description:** EPA's Region 3 office in Philadelphia, Pennsylvania, has air quality sensors available for loan to the public. This program assists community groups, educators, state agencies, local agencies, and tribes with conducting small-scale localized air monitoring projects. The purpose of this program is to increase accessibility to affordable and user-friendly air quality sensor equipment to inform communities about local air quality and to screen for possible impacts. These sensors are not Federal Equivalent Methods (FEMs) or Federal Reference Methods (FRMs). Data from these sensors are not applicable to regulatory decision making for the National Ambient Air Quality Standards (NAAQS). However, they can be useful for educational and informational purposes to understand general $PM_{2.5}$ levels and trends in an area.

**Equipment available for loan:**

- **PurpleAir PA-II-SD\*** – stationary sensor that measures fine particulate matter ($PM_{2.5}$); for outdoor and indoor use; plug-in powered; data available locally on the microSD card or connected to WiFi for private or public data streaming.

**Eligibility:** State agencies, local agencies, tribes, community groups, schools, and other interested organizations in Pennsylvania, Delaware, Maryland, District of Columbia, Virginia, and West Virginia. EPA highly encourages project collaboration and partnerships between agencies, community groups, and academics.

**Training**: EPA Region 3 currently does not offer assistance for the equipment use, project development and management, or data analysis.  EPA Region 3 does provide links to virtual training from external sources. The EPA Air Sensor Toolbox <https://epa.gov/air-sensor-toolbox> website also provides additional resources.

**Shipping**: Sensors can be shipped to any location within Region 3 at loanee's expense or picked up at the Region 3 office in Philadelphia. EPA will coordinate with loanees on a situational basis for shipment logistics. If shipment costs or pick-up is prohibitive, please reach out to an EPA Region 3 Sensor Loan Contact to discuss other possible options. Return shipping will be the loanee's responsibility.

**Application**: EPA Region 3 prefers to receive applications through the website, but applications may also be emailed to the Sensor Loan Contacts or mailed to the office.

**Additional information**: Please visit the EPA Region 3 Sensor Loan Program <https://epa.gov/region-3-documents/epa-region-3-sensor-loan-program> website for more information and to apply.

**Contacts:**

- Alice Chow, Chief, (chow.alice@epa.gov) or (215) 814 - 2144
- Lori Hyden (hyden.loretta@epa.gov) or (215) 814-2113
- Meighan Long (long.meighan@epa.gov) or (215) 814-2140

# EPA Region 4

## PM $_{2.5}$ Sensor Loan Program

**Description**: EPA's Region 4 office, in Atlanta, Georgia, now loans portable fine particulate matter (PM$_{2.5}$) sensors to the public. The program helps drive positive change and improve public health by collecting non-regulatory outdoor air quality data. These sensors are not Federal Equivalent Methods (FEMs) or Federal Reference Methods (FRMs). Data from these sensors are not applicable to regulatory decision making for the National Ambient Air Quality Standards (NAAQS). However, they can be useful to understand general PM$_{2.5}$ levels and trends in an area.

**Equipment available for loan**:

- **PurpleAir PA-II-SD\*** – this stationary sensor measures fine particulate matter (PM$_{2.5}$); for outdoor use; plug-in powered; data available locally on the microSD card or connected to WiFi for private or public data streaming.

**Eligibility**: Individuals, community groups, schools, and other interested organizations in Alabama, Florida, Georgia, Kentucky, Mississippi, North Carolina, South Carolina, and Tennessee.

**Training**: Loanees receive a Quality Assurance Project Plan (QAPP) to follow from EPA Region 4. This document provides procedures for sensor operation, data collection and analysis, and quality assurance. EPA staff will be available to answer specific questions during a loan project.

**Additional information**: Shipping to users is free. Users pay the cost of return shipping or delivery to the EPA Region 4 laboratory office in Athens, Georgia. Access to WiFi and a power outlet are required. Sensors can be borrowed for up to one year.

For application details, please visit EPA Region 4 Air Sensor Loan Programs <https://epa.gov/ga/epa-region-4-air-sensor-loan-programs>.

**Contacts:**

- R4AirSensorLoan@epa.gov
- Katie Marie Beck, (404) 562-8166

# Fenceline VOC Sensor Loan Program

**Description**: EPA Region 4 loans fenceline Volatile Organic Compound (VOC) sensors, which continuously measure total VOC concentrations direction near a pollution emissions source.

**Equipment Available for loan**:

- **SENSIT SPOD** –a low-cost sensor system combining wind and air pollutant concentration measurements detects VOC emission plumes; for outdoor use; integrated battery or solar powered; data available to loanees online or on the SD card.

**Eligibility**: The fenceline VOC sensors require specific technical skills and experience with air monitoring equipment. Applicants for this program include state, local, and tribal air agencies. Region 4 considers loans to non-governmental groups or

partnerships with relevant technical capacity and experience with air monitoring, such as academic institutions or research institutes.

**Training**: EPA Region 4 will train any accepted loanees on how to use the fenceline VOC sensors and all accompanying software. A QAPP will be provided for loanees to follow for screening level projects.

**Additional Information**: EPA Region 4 covers costs including shipping equipment to loanees and data costs associated with cloud services utilized by the sensors.

**Contacts:**

- R4AirSensorLoan@epa.gov
- Katherine Meiser, (404) 562-9430

# EPA Region 5

## Air Sensor Loan Program for the Midwest and Upper Midwest States

**Description:** EPA's Region 5 Office, in Chicago, Illinois, has portable particulate matter (PM) sensors available for loan to the public. The loan program empowers the public to gain knowledge to drive positive change and improve public health by collecting outdoor and indoor air quality data.

**Equipment available for loan:**

- **AirBeam3\*** – portable sensor that measures fine particulate matter ($PM_{2.5}$), temperature, and relative humidity; for outdoor and indoor use; battery powered; requires Bluetooth connection to a cell phone and AirCasting app.
- **Dylos DC1700** – portable sensor that measures PM; for outdoor and indoor use; battery or plug-in powered.
- **Speck 2.0** – stationary sensor that measures PM and relative humidity; for indoor use; plug-in powered.

- **PurpleAir PA-II-SD\*** – stationary sensor that measures $PM_{2.5}$; for outdoor and indoor use; plug-in powered; data available locally on the microSD card or connected to WiFi for private or public data streaming.

**Eligibility:** Individuals, community groups, schools, and other interested organizations in Illinois, Indiana, Michigan, Minnesota, Ohio, and Wisconsin.

**Training:** Materials regarding sensor operations and care, data collection, and safety will be provided. EPA Region 5 staff are available to provide assistance and ideas to help get you started.

**Additional information:** Cost of shipping to users is covered. Users are responsible for the cost of return shipping or delivery to the EPA Region 5 Office in Chicago, Illinois after the loan is complete. Sensors can be borrowed for up to one month.

**Contact:**

- Ty List (list.ty@epa.gov) or (312) 886 7566
- Rachel Kirpes (kirpes.rachel@epa.gov) or (312) 886 0221

## Air Sensor Loan Programs for Community Libraries and Alternative Loaning Institutions

**Description:** Educators, communities, and individuals are not always easily connected to educational tools to learn about air quality and air pollutants. This air sensor loan program supports small and mid-size library systems, schools, and an arboretum in the western Great Lakes region to help raise awareness of air quality and provide access to educational resources. An alternative loan program through a Midwest arboretum recognizes the importance vegetation has on air quality and how air pollution impacts vegetation.

**Equipment available for loan**:

- **AirBeam2/AirBeam3 (depending on library)** – portable sensor that measures fine particulate matter ($PM_{2.5}$), temperature, and relative humidity; for outdoor and indoor use; battery powered; requires Bluetooth connection to a cell phone and AirCasting app.

- **PurpleAir PA-II-SD\*** – stationary sensor that measures $PM_{2.5}$; for outdoor and indoor use; plug-in powered; data available locally on the microSD card or connected to WiFi for private or public data streaming.

**Eligibility:** Patrons at the following institutions.

- Bayliss Public Library/Superior District Library, Sault Ste. Marie, Michigan
- Evansville Vanderburgh Public Library, Evansville, Indiana
- Frances Willson Thompson Library/University of Michigan-Flint, Flint, Michigan
- L'Anse Area School/Public Library – in partnership with the Keweenaw Bay Indian Community, L'Anse, Michigan.
- L.E. Philips Memorial Public Library, Eau Claire, Wisconsin
- Morton Arboretum, Lisle, Illinois
- Cleveland Public Library - in partnership with Cleveland Metropolitan School District and Case Western Reserve University, Cleveland, Ohio

**Training**: Provided by staff at participating institutions.

**Contact:**

- Megan Gavin (gavin.megan@epa.gov) or (312) 353-5282

# EPA Region 6

## Region 6 Air Sensor Loan Program

**Description:** The EPA Region 6 office, in Dallas, Texas, has portable air sensors available for loan to the public. The purpose of this loan program is to increase accessibility to affordable and user-friendly air quality sensor equipment to collect air quality data. This program will enable individuals, community groups, educators, state agencies, local agencies, and tribes in conducting their own small-scale localized air monitoring projects. A specific focus of this loan program is to empower communities to drive positive change and improve public health through better understanding of air quality. The information gathered by this program is educational and not regulatory. Anticipated loan program launch date to be determined.

**Equipment available for loan:**

- **PurpleAir PA-II-SD\*** – stationary sensor that measures fine particulate matter (PM2.5); for outdoor and indoor use; plug-in powered; data available locally on the microSD card or connected to WiFi for private or public data streaming.
- **Aeroqual Ozone Sensors** – portable ozone sensor that provides measurement of ground-level ozone pollution in real-time.

**Eligibility:**  State agencies, local agencies, tribal agencies, community groups, schools, individuals, and other organizations in Arkansas, Louisiana, New Mexico, Oklahoma, and Texas. There is a formal application process to participate in this loan program. An application form will need to be completed detailing the project request, length of loan, and other information. A quality assurance project plan (QAPP) will also be required for all projects.

**Training:** Interested users are encouraged to review information available on the EPA Air Sensor Toolbox <https://epa.gov/air-sensor-toolbox>. Reference links will be provided. There are technical documents available for distribution by Region 6, including a QAPP template and Standard Operating Procedures (SOPs). Region 6 staff are available (virtually) to assist with potential issues and answer specific questions during a loan project.

**Additional information:** Applicants will be responsible for providing WiFi and power for the sensors. The cost of shipping to users is covered. Users are responsible for the cost of return shipping or delivery to the EPA Region 6 lab, in Houston, Texas, after the loan is complete.

**Contacts:**

For questions and additional information, please message our shared mailbox (R6AirSensorLoanProgram@epa.gov).

# EPA Region 7

## Region 7 Sensor Loan Program

**Description:** The EPA Region 7 Air Sensor Loan Program is designed to make easy-to-use portable air sensor equipment available for loan to the public. Sensors can be used indoors and/or outdoors for the basic screening of air quality concerns for community groups (participatory monitoring) and tribes in Region 7 (Kansas, Nebraska, Iowa, Missouri).

**Equipment available for loan:**

- **PurpleAir PA-II-Flex\*** – stationary sensor that measures real-time fine particulate matter ($PM_{2.5}$); for outdoor and indoor use; plug-in powered; data available locally on the microSD card or connected to WiFi for private or public data streaming.
- **AQMesh** – a stationary sensor that measures real-time particulate matter (PM), nitrogen dioxide ($NO_2$), ozone ($O_3$), carbon monoxide (CO), and total volatile organic carbon (TVOC); for outdoor use; plug-in or solar powered; cellular data transmission for web download.

**Eligibility:** State, tribal, or local air monitoring agencies and private organizations (community groups, not for profit, etc.) in Kansas, Nebraska, Iowa, and Missouri.

**Training:** Hands-on/virtual (project proposals must be approved)

**Additional information:** Applicants will be responsible for providing WiFi or microSD card and power for the sensors.

**Contacts:**

- Stephen Krabbe (Krabbe.stephen@epa.gov)
- Adam Zachary (Zachary.adam@epa.gov)
- Alexander Edwards (Edwards.alexander@epa.gov)

# EPA Region 8

## Region 8 Sensor Loan Program

**Description:** The EPA Region 8 Sensor Loan Program has a variety of sensors available for loan to individuals, tribes, and anyone whose air quality concerns have not been addressed previously. Region 8 covers Colorado, Montana, North Dakota, South Dakota, Utah, and Wyoming – a vast area with many remote locations. Sensors can fill in the gaps where air monitors do not currently exist.

**Equipment available for loan:**

A mixture of sensors and near-federal equivalent method (FEM) instruments are available for loan including:

- **PurpleAir PA-II-SD\*** – stationary sensor that measures fine particulate matter ($PM_{2.5}$); for outdoor and indoor use; plug-in powered; data available locally on the microSD card or connected to WiFi for private or public data streaming.
- **PocketLab** – portable sensor that measures carbon monoxide (CO), ozone ($O_3$), and $PM_{2.5}$; for outdoor and indoor use; not waterproof; battery powered.
- **Aeroqual S-500** – portable sensor that measures $O_3$, $PM_{2.5}$, and volatile organic compounds (VOCs); for outdoor and indoor use; not waterproof; battery powered.
- **Personal Ozone Monitor (POM)** – portable sensor that measures $O_3$; for outdoor and indoor use; not waterproof; battery powered.
- **Thingy AQ** – stationary sensor that measures CO, carbon dioxide ($CO_2$), $PM_{2.5}$, and VOCs; for outdoor and indoor use; adaptable for plug-in or solar power.
- **E-BAM** – a near-federal equivalent method (FEM) instrument that measures $PM_{2.5}$; for outdoor use; adaptable for plug-in or solar power.

**Eligibility:** The program is available to individuals and communities in Colorado, Montana, North Dakota, South Dakota, Utah, Wyoming, and 28 tribal nations whose air quality concerns may not have been addressed already. In addition, the PocketLab sensors are a great resource for teachers interested in giving lessons on air quality.

**Training**: The Region 8 Sensor Loan Project team are available to assist with training or assistance as needed. There are resources available such as Standard Operating Procedures (SOPs) for each sensor and the EPA Air Sensor Toolbox <https://epa.gov/air-sensor-toolbox>. Any training would be conducted virtually.

**Additional Information:** The estimated launch date for the sensor loan program is mid to end fall 2022.

**Contact:**

- Elyna Grapstein (grapstein.elyna@epa.gov) or (303) 312-6748

# EPA Region 9

## Los Angeles Public Library Air Sensor Loan Program

**Description:** Air quality in the Los Angeles area has improved over the last four decades, but the area still struggles with air pollution. One common pollutant of concern is fine particulate matter ($PM_{2.5}$), which contributes to lung and heart problems such as asthma, and cardiovascular disease. Older adults, children, and people with chronic lung and heart disease are more at risk.



Participants in the Los Angeles Public Library Program.

Air sensors measuring $PM_{2.5}$ will be available at select branches of the Los Angeles Public Library for free checkout, similar to checking out a book. The Los Angeles Public Library system is one of the largest in the country with 72 branches serving four million residents. The sensor loan program, initially funded in 2019, will help the public learn more about air quality in their communities and take actions to protect their health and the environment. Library staff will host classes and workshops for participants on how to use the air sensors and how to understand the data collected.

**Equipment available for loan**:

- **AirBeam2\*** – portable sensor that measures fine particulate matter ($PM_{2.5}$), temperature, and relative humidity; for outdoor and indoor use; battery powered; requires Bluetooth connection to a cell phone and AirCasting app (Android phone included).

**Eligibility:** Los Angeles Public Library patrons.

**Training:** Provided by Los Angeles Public Library staff.

**Additional information:** Learn more about the program on the Los Angeles Public Library Website ⧉ <https://lapl.org/neisci/kits/air-quality>

**Contact:**

- Ryder Freed (freed.ryder@epa.gov) or (415) 972-3267

---

## Other R9 Loan Programs

**Organization:** City of San Leandro Public Library

- Portable Air Sensor Loans through the Library of Things Program (San Leandro, CA) ⧉ <https://www.sanleandro.org/854/air-quality-monitoring>

# EPA Region 10

## Portable Air Monitoring Device Loan Program for Tribes

**Description:** This loan program in EPA's Region 10 Office is designed to provide portable monitoring equipment for indoor or outdoor use for the initial investigation of a complaint or concern relating to air quality in tribal lands located in Idaho, Oregon, and Washington. Tribes can use portable air devices to monitor air quality and particulate matter (PM) levels in elevated air pollution areas or during increased smoke seasons (e.g., summer wildfire or winter wood smoke season).

**Equipment available for loan:**

- **PurpleAir PA-II-SD\*** – stationary sensor that measures fine particulate matter ($PM_{2.5}$); for outdoor and indoor use; plug-in powered; data available locally on the microSD card or connected to WiFi for private or public data streaming.
- **Handheld Gas Monitor** – measures hydrogen sulfide ($H_2S$), sulfur dioxide ($SO_2$), nitrogen dioxide ($NO_2$), ammonia ($NH_3$), carbon monoxide (CO), and VOCs.
- **Handheld Particulate Monitor** – measures PM, CO, and carbon dioxide ($CO_2$).
- **Colorimetric Tubes** – measures specific toxic and combustible substances.
- **Handheld Weather Monitor** – measures temperature, humidity, wind speed, wind direction, and other weather parameters.

**Eligibility:** Professional tribal air quality staff members in Idaho, Oregon, and Washington.

**Training:** The equipment can only be used by tribal air staff trained in the Quality Assurance Project Plan (QAPP), standard operating procedures (SOPs), and data collection methods. EPA's tribal air team will work with interested tribal air staff to determine when, where, and which air monitoring device would best meet their specific need.

**Additional Information:** Additional information on the Region 10 Tribes loan program webpage <https://epa.gov/r10-tribal/portable-air-monitoring-device-loan-program-region-10-tribes>.

**Contact:**

- India J. Young (young.india@epa.gov) or (206) 553-1219.

---

# Air Sensor Loan Programs in Tribal Communities

**Description:** This loan program in EPA's Region 10 Office is designed to provide the public within and near tribal reservations access to air sensors and air quality data during periods of increased smoke (e.g., wildfire season, outdoor burning periods, residential wood heating season). The sensors will allow for increased spatial coverage of real-time air quality information. Educational materials based on the air sensor used in this program will be available to help increase community understanding of air quality and local sources of fine particulate matter ($PM_{2.5}$) pollution.

**Equipment available for loan**:

- **PurpleAir PA-II-SD\*** – stationary sensor that measures $PM_{2.5}$; for outdoor and indoor use; plug-in powered; data available locally on the microSD card or connected to WiFi for private or public data streaming.

**Eligibility:** Residents within and near tribal reservations in Alaska, Idaho, Oregon, and Washington. The three tribal groups participating in this loan program are:

- Nez Perce Tribe
- Heritage University – located on the Yakama Reservation
- The Institute of Tribal Environmental Professionals (ITEP)

**Training:** Provided by tribal partners.

**Contact:**

- India J. Young (young.india@epa.gov) or (206) 553-1219

---

# Expanded R10 Sensor Loan Programs to Rural Areas

**Description:** This new loan program in EPA's Region 10 Office is designed to provide the public in rural areas access to air sensors and air quality data during periods of increased smoke (e.g., wildfire season, outdoor burning periods, residential wood heating season). The sensors will allow for increased spatial coverage of real-time air quality information. Educational materials based on the air sensors used in this program will be available to help increase community understanding of air quality and local sources of fine particulate matter ($PM_{2.5}$) pollution. EPA's Air Quality Flag Program flag kits are also available as part of the educational package for interested partners.

**Equipment available for loan**:

- **PurpleAir Flex Air Quality Monitor** – stationary sensor that measures $PM_{2.5}$; for outdoor and indoor use; plug-in powered; data available locally on the microSD card or connected to WiFi for private or public data streaming.

**Eligibility:** Organizations in rural areas of Alaska, Idaho, Oregon, Washington, and 271 Tribal Nations, with a focus on schools, libraries, and other community locations.

**Training:** Provided by EPA and loan program partners.

**Additional information:** Loan programs were launched in 2022.

**Contact:**

- Sarah Waldo (waldo.sarah@epa.gov) or (206) 553-1504

---

# Other R10 Loan Programs

**Organization:** Puget Sound Clean Air Agency

- Air Sensor Lending Program (Seattle, WA) ↗ <https://www.pscleanair.gov/539/air-quality-sensors>

Last updated on August 18, 2025