EXHIBIT 6

TO

DECLARATION OF NANDAN M. JOSHI



# EPA, Rep. Troy Carter Announce Grant for La. DEQ Air Monitoring Project in St. James Parish

June 5, 2023

**Contact Information**

Jennah Durant and Joe Robledo (R6press@epa.gov)

214-665-2200

**DALLAS, TEXAS** – **(June 5th, 2023)** Today, the U.S. Environmental Protection Agency (EPA) announced a grant funded through the American Rescue Plan and Inflation Reduction Act to the Louisiana Department of Environmental Quality (LDEQ). Under the Biden-Harris Administration's Investing In America agenda, the grant of nearly $480,000, will go toward a community air monitoring project in St. James Parish. Regional Administrator Dr. Earthea Nance was joined by the office of U.S. Rep. Troy Carter (LA-2) in a ceremony today to present the funding to LDEQ Secretary Roger Gingles. Community leader Sharon Lavigne also participated in the event on behalf of RISE St. James, a group of residents who have long fought for better air monitoring and other environmental justice issues in the area.

"The people of St. James Parish have long experienced disproportionate impacts from air pollution, among other environmental justice issues," **said Regional Administrator Dr. Earthea Nance.** "The Biden-Harris Administration is proud to support this grant to LDEQ so this community can get as much information as possible about their air quality."

"Today we are celebrating a milestone in our ongoing efforts to protect the environment and improve the quality of life for communities in Louisiana and around the country. This grant will enable the LDEQ to establish and operate an air monitoring site in St. James Parish. This monitor is considered the gold standard for air quality monitoring and every chemical plant should have it. Let's continue to work together, hand in hand, to build a sustainable and prosperous future for St. James Parish residents and all of Louisiana. There's still more work to do," **said Congressman Troy A. Carter, Sr. (LA-02).**

"We are grateful to receive EPA's help in our effort to expand and improve our Ambient Air Monitoring Network," said **LDEQ Secretary Roger Gingles**.

LDEQ received $479,958 to establish and operate a temporary community air monitoring site targeted toward communities on the west side of the Mississippi River that have experience disproportionate cumulative impacts from pollution, including Welcome, Freetown, St. James, Moonshine and Vacherie. Equipment at the site will produce near-real-time data on certain pollutants affecting air quality. Community groups, churches, local governments and other project partners will be able to access this data to enhance their understanding of local air quality and better inform their health-based decisions.

The grant is part of the Biden-Harris Administration's historic funding packages to invest in and strengthen our nation's communities. Primary funding came from the American Rescue Plan, with additional funds from the Inflation Reduction Act.

Connect with the Environmental Protection Agency Region 6 on Facebook <https://www.facebook.com/eparegion6>, Twitter <https://twitter.com/eparegion6>, or visit our homepage <https://epa.gov/aboutepa/epa-region-6-south-central>.

Last updated on June 5, 2023