EXHIBIT 7

TO

DECLARATION OF NANDAN M. JOSHI



# EPA Announces Over $3 Million in Grants Prioritizing Environmental Justice in Louisiana

November 16, 2023

**Contact Information**
Joe Robledo and Jennah Durant (R6press@epa.gov)
214-665-2200

**DALLAS, TEXAS** (**November 16, 2023**) —The U.S. Environmental Protection Agency (EPA) announced $3,149,999 million to fund five projects across Louisiana that advance environmental justice as part of President Biden's Investing in America agenda. The organizations receiving this funding is the Louisiana Department of Environmental Quality, Thrive New Orleans, Micah Six Eight Mission, Groundwork New Orleans, and the Louisiana Department of Health. These organizations were selected through EPA's Environmental Justice Collaborative Problem Solving Cooperative Agreement and Environmental Justice Government-to-Government programs.

"No President has invested more in environmental justice than President Biden, and under his leadership we're removing longstanding barriers and meaningfully collaborating with communities to build a healthier future for all," **said EPA Administrator Michael S. Regan.** "Together, these community-driven projects will improve the health, equity, and resilience of communities while setting a blueprint for local solutions that can be applied across the nation."

"These grants are unprecedented in several ways—for the historic amount of funding provided through the Bipartisan Infrastructure Law and Inflation Reduction Act, and because money is going directly to communities that are ready to implement solutions

to environmental issues," **said Regional Administrator Dr. Earthea Nance.** "This means $3.1 million for projects in Louisiana that might otherwise remain overlooked and unfunded. These recipients are deeply knowledgeable about the issues facing their communities, and are ready to invest these grants in projects that will bring meaningful results."

"I'm committed to environmental sustainability, and this grant funding is a significant milestone in New Orleans' journey towards a greener and more environmentally responsible future. I'm also proud that this grant aims to ensure that federal investments flow to disadvantaged communities that are marginalized, underserved, and overburdened by pollution. Environmental justice MUST be at the center of any action to address disproportionate health and environmental impacts on communities, especially communities of color. Together, we will make New Orleans a shining example of environmental stewardship, equity, and progress," **said Congressman Troy A. Carter, Sr. (LA-02).**

Thanks to President Biden's Inflation Reduction Act—the largest climate investment in U.S. history—this funding is a part the largest investment ever announced under these two longstanding EPA programs. This is the first in a series of environmental justice grant announcements the agency will announce before the end of the year. The grants announced deliver on President Biden's commitment to advance equity and justice throughout the United States. The two grant programs directly advance the President's transformational Justice40 initiative to deliver 40 percent of the overall benefits of certain federal investments to disadvantaged communities that are marginalized by underinvestment and overburdened by pollution.

**Environmental Justice Government-to-Government (EJG2G)**

EPA's EJG2G provides funding at the state, local, territorial, and Tribal level to support government activities in partnership with community-based organizations that lead to measurable environmental or public health impacts in communities disproportionately burdened by environmental harms.

EPA EJG2G grant selections in Louisiana include the following:

- Groundwork New Orleans will receive $500,000 to develop a project that aims to prevent tragic deaths during prolonged power outages.

- The Louisiana Department of Health will receive $999,999 and will develop a project focused on asthma patients from areas where high social vulnerability, poor outdoor air quality, housing concerns and high asthma prevalence overlap, providing virtual home visits and in-person home assessments

- The Louisiana Department of Environmental Quality will receive $1 million to monitor and develop a new air monitoring van will which provide air quality data for compounds such as formaldehyde, sulfur dioxide, hydrogen sulfide, ammonia, ethylene oxide, hydrocarbons, oxygenates and nitrogen compounds. This will be used during emergency responses incidents such as hurricanes.

- Thrive New Orleans will receive $500,000 to develop a project that aims to empower BIPOC youth by equipping them with culturally relevant environmental education and skills to transform their communities and life trajectories.

- Micah Six Eight Mission will receive $150,000 to engage with marginalized communities of color in Cameron and Calcasieu parishes that are highly susceptible to and have high levels of exposure to environmental hazards.

**Additional Background:**

From day one of his administration, President Biden has made achieving environmental justice a top priority. And in August 2022, Congress passed, and President Biden signed, the Inflation Reduction Act into law, creating the largest investment in environmental and climate justice in U.S. history. EPA received $3 billion in appropriations to provide grants and technical assistance for activities advancing environmental and climate justice.

Under the Inflation Reduction Act, EPA has launched and expanded innovative programs to provide more support than ever before to communities that unjustly bear the burdens of environmental harm and pollution. This includes the $177 million for the creation of 16 Environmental Justice Thriving Communities Technical Assistance Centers (EJ TCTACs) to remove barriers to federal resources and help communities pursue funding opportunities like those made available through President Biden's

Investing in America Agenda. EPA has also launched and will award funds through the $550 million Thriving Communities Grantmaking Program <https://epa.gov/environmentaljustice/environmental-justice-thriving-communities-grantmaking-program> before the end of 2023.

To learn more about environmental justice at EPA, visit: https://www.epa.gov/environmentaljustice <https://epa.gov/environmentaljustice>

**Connect with the Environmental Protection Agency Region 6 on Facebook** <https://www.facebook.com/eparegion6>**, Twitter** <https://twitter.com/eparegion6>**, or visit our homepage** <https://epa.gov/aboutepa/epa-region-6-south-central>**.**

Last updated on November 16, 2023