UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RISE ST. JAMES LOUISIANA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COURTNEY J. BURDETTE, in her official capacity as Secretary of the Louisiana Department of Environmental Quality, et al., <br><br> Defendants. | Civil Action No. 3:25-cv-00429-JWD-RLB |

**[PROPOSED] ORDER**

Upon consideration of Defendants' combined motion to dismiss Plaintiffs' complaint for lack of subject matter jurisdiction and failure to state a claim (ECF 18), Plaintiffs' combined motion for summary judgment and opposition to Defendants' motion to dismiss, Defendants' reply to the motion to dismiss and opposition to Plaintiffs' motion for summary judgment, and Plaintiffs' reply to the motion for summary judgment, and the full record before the Court, it is hereby

ORDERED that Defendants' motion to dismiss is DENIED;

ORDERED that Plaintiffs' motion for summary judgment is GRANTED;

DECLARED that Louisiana's Community Air Monitoring Reliability Act (CAMRA), La. R.S. §§ 30:2381.1-.11, imposes requirements on Plaintiffs that violate their rights to free speech and to petition the government under the First and Fourteenth Amendments to the U.S. Constitution;

DECLARED that CAMRA imposes requirements that conflict with federal law and are thus preempted; and

ORDERED that Defendants are ENJOINED from enforcing CAMRA's requirements against Plaintiffs.

2

**SO ORDERED.**

Dated: _____

                                                    _____
                                                    John W. deGravelles
                                                    United States District Judge