## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RISE ST. JAMES LOUISIANA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COURTNEY J. BURDETTE, in her official capacity as Secretary of the Louisiana Department of Environmental Quality, et al.,<br><br>    Defendants. | Civil Action No. 3:25-cv-00429-JWD-RLB |

## NOTICE OF UNAVAILABILTY FOR HEARING

Pursuant to the briefing schedule established by the Court's August 20, 2025, minute order, briefing on Defendants' motion to dismiss and Plaintiffs' cross-motion for summary judgment will be completed on October 27, 2025. Undersigned counsel for Plaintiffs will be traveling between October 29 and November 18, 2025. Should the Court wish to hold a hearing on the aforementioned motions, undersigned counsel respectfully requests that the hearing be scheduled on or after November 24, 2025.

October 7, 2025

Respectfully submitted,

/s/ Nandan M. Joshi
Nandan M. Joshi
(DC Bar No. 456750)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-7733
njoshi@citizen.org
*Admitted pro hac vice*