UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**MINUTE ENTRY:**
**FEBRUARY 19, 2026**
**DISTRICT JUDGE JOHN W. deGRAVELLES**

RISE ST. JAMES LOUISIANA, ET AL

VERSUS

COURTNEY J. BURDETTE, in her official
capacity as Secretary of the Louisiana Department
of Environmental Quality, ET AL.

CIVIL ACTION

NO. 25-429-JWD-RLB

---

A status conference by zoom was held on February 19, 2026, in the above matter before District Judge John W. deGravelles. The following participants were present:

> Mariah Harrod, Nandan M. Joshi, Isabel A Englehart
> Sarah Fort, Karen Chen, Caitlion O'Neill, George Wyeth,
> Elizabeth Blair Schilling
> **Counsel for Plaintiffs**
>
> Amanda Marie LaGroue
> **Counsel for Defendants**

The Court is currently considering the pending motions in this matter. After reviewing the motions, the Court believes there are issues on which the parties may be able to reach an agreement, thereby narrowing the matters requiring resolution by the Court.

The parties agreed to work together to narrow the disputed issues.

Accordingly, **IT IS ORDERED** that this matter is **STAYED AND ADMINISTRATIVELY CLOSED** for thirty (30) days to allow the parties time to work out an agreement so that the Court may focus on the issues that remain in dispute.

At the end of the thirty-day period, the parties shall file a joint motion to reopen this matter. In the motion to reopen, the parties shall advise the Court of any pending motions that

must be reinstated to the Court's docket.

The Court further reminded the parties that Magistrate Judge Bourgeois is available to assist if needed. The parties will first attempt to reach an agreement on their own before contacting the Magistrate Judge or a private mediator.

Signed in Baton Rouge, Louisiana, on <u>February 19, 2026</u>.

CV 36; T: 0:15

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**