**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| RISE ST. JAMES LOUISIANA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COURTNEY J. BURDETTE, in her official capacity as Secretary of the Louisiana Department of Environmental Quality, et al.,<br><br>    Defendants. | Civil Action No. 25-00429-JWD-RLB |

**ORDER**

Upon consideration of the parties' joint motion to reopen and the parties' agreement contained therein, it is hereby

ORDERED that joint motion to reopen is GRANTED and that the stay and administrative closure is lifted and this matter is returned to the Court's active docket;

ORDERED that Defendants' motion to dismiss (Doc. 18) and Plaintiffs' motion for summary judgment (Doc. 25) are REINSTATED as of the date of this order; and

ORDERED that Defendants shall not bring an enforcement action against Plaintiffs under La. R.S. § 30:2025 for violations of CAMRA occurring prior to the Court's judgment in this matter, without prejudice to Defendants' position that no such enforcement authority exists under CAMRA.

Signed in Baton Rouge, Louisiana, on April 7, 2026.

_____
John W. deGravelles
United States District Judge